MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com
ELIZA BEHOLD (Bar No. 233169)
eliza.bechtold@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff,
Sun Microsystems, Inc.

ORIGINAL

07 OCT 29 AM 9:10

ADR

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JW

| | |
|---|---|
| SUN MICROSYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NETWORK APPLIANCE, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.<br><br>C07 05448 RS<br><br>PLAINTIFF SUN MICROSYSTEMS, INC.'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

1  Dated: October 29, 2007

                              DLA PIPER US LLP

                          By *Carrie L Williamson*
                              Mark D. Fowler
                              David Alberti
                              Yakov M. Zolotorev
                              Carrie L. Williamson
                              Eliza Bechtold
                              Attorneys for Plaintiff
                              SUN MICROSYSTEMS, INC.

PA\10524189.1
347155-29

-2-

DLA PIPER US LLP
EAST PALO ALTO

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE