**ORIGINAL**

# ADR United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 NOV -2  P 4: 43
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

**E-FILING**

SUN MICROSYSTEMS, INC., a Delaware corporation,

v.

NETWORK APPLIANCE, INC., a Delaware corporation.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **C07 05448 JW RS**

TO: (Name and address of defendant)

Network Appliance, Inc.
By and through CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark D. Fowler, Esq.
DLA Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE: OCT 29 2007

_____
(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | October 30, 2007 at 11:50am |
| Name of SERVER: Kirk P. Jackson | TITLE: Registered California Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:

> Margaret Wilson, Agent for Service of Process
> 818 W. 7th Street, 2nd Floor
> Los Angeles, CA 90017

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-1-07
               Date

Signature of Server

Address of Server: P.O. Box 27975, L.A., CA 90027

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## Documents to be Served

Work Order          **Assigned To: KIRK P. JACKSON**          DLAPIPA.30987

Serve Docs To: **NETWORK APPLIANCE, INC., a Delaware corporation(5980)**

SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION; ORDER OF THE CHIEF JUDGE; PLAINTIFF'S SUN MICROSYSTEMS, INC.'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT