MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com
ELIZA BECHTOLD (Bar No. 233169)
eliza.bechtold@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Plaintiff,
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NETWORK APPLIANCE, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.  C-07-05488<br><br>**PROOF OF SERVICE** |

3.

# CORPORATE LEGAL SERVICES

PO BOX 27975
LOS ANGELES CA 90027
Phone: 213 202-6030, FAX: 213 202-6045

31025.31025

31025

B1. Betty — Assigned To: DONNA L. SMITH

| Received: | 11/07/07 | Client Matter #347155-29 | Type of Service: Priority | Special: No |
|---|---|---|---|---|
| Client: | DLA PIPER US LLP | | | |
| Attention: | LARRY LANDRY | | Attorney File No: 80913 | |
| Address 1: | 2000 UNIVERSITY AVENUE | Fax: 650 833-2001 | Phone: 650 833-2000 | |
| City, State Zip: | PALO ALTO, CA 94303 | | Client ID: DLAPIPA | |
| Plaintiff | SUN MICROSYSTEMS, INC. | | | |
| Defendant | NETWORK APPLIANCE, INC. | | | |
| Representing: | Plaintiff | | Case Number: C-07-05488 JW | |
| Court: | UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | |
| Hearing Date: | | Status: 11/12/07 | Last Day to Serve: | Last Day to Sub: |
| Serve Docs To: | NETWORK APPLIANCE, INC., a Delaware corporation(5980) | | | |
| Description: | Race:____, Sex:____, Age:____, Hair:____, Eyes:____, Height:____, Weight:____ | | | |
| Documents: | FIRST AMENDED COMPLAINT; | | | |

| Loc | Date | Time | Server | Code | Comments |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Manner:____
[P] Personal Service   [T] by Posting   [W] Warm Body CCP 1011   [Z] First Class Mail CCP 415.46
[R] Returned Not Served   [U] Posted At Residence   [X] Posted
[S] Substituted Service   [V] Posted at Business   [Y] Certified Mail CCP 415.45

Date Served: ___/___/___   Time Served:(Military) _____   Served By: _____

Served At:____ [H]ome, [B]usiness, or [U]sual Place of Mailing ____ [X] For Changes Above in Address Boxs.

(3.b.)Person Served_____   Witness Fees: $_____

Race:____, Sex:____, Age:____, Hair:____, Eyes:____, Height:____, Weight:____

Relationship_____(3.b.)By Leaving Copies With_____

Mailed From_____Mailed Date_____Time_____

31025.31025

| *Attorney or Party without Attorney:*<br>DLA PIPER US LLP<br>2000 UNIVERSITY AVENUE<br>PALO ALTO, CA 94303<br>*Telephone No:* 650 833-2000    *FAX No:* 650 833-2001<br>*Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* 80913 | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* SUN MICROSYSTEMS, INC.
*Defendant:* NETWORK APPLIANCE, INC.

| **PROOF OF SERVICE**<br>**FIRST AMENDED COMPLAI** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C-07-05488 JW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the FIRST AMENDED COMPLAINT

3. a. *Party served:*           NETWORK APPLIANCE, INC., a Delaware corporation
   b. *Person served:*          MARGARET WILSON, Agent for Service of Process

4. *Address where the party was served:*    C.T. CORPORATION SYSTEMS
                                            818 W. 7TH STREET
                                            2ND FLOOR
                                            LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Nov. 05, 2007 (2) at: 2:50PM

7. *Person Who Served Papers:*
   a. DONNA L. SMITH
   b. **CORPORATE LEGAL SERVICES**
      PO BOX 27975, Registration # 2296
      LOS ANGELES, CA 90027
   c. 213 202-6030, FAX 213 202-6045

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*   4364
      (iii) *County:*              Los Angeles
      (iv)  *Expiration Date:*    Sun, Jun. 08, 2008

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Nov. 07, 2007

                                                                              (DONNA L. SMITH)

Judicial Council Form                    PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007   FIRST AMENDED COMPLAINT                    31025.dlapipa.31025

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>November 5, 2007 at 2:50pm |
| Name of SERVER<br>Donna L. Smith | TITLE<br>Registered California Process Server |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:

   Margaret Wilson, Agent for Service of Process
   818 W. 7th Street, 2nd Floor
   Los Angeles, CA  90017

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/8/2007
             Date

Signature of Server

P.O. Box, 27975, L.A., CA 90027
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure