MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
JEFFREY HOMRIG (Bar No. 215890)
jeffrey.homrig@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant
NETWORK APPLIANCE, INC.,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC.,<br><br>         Plaintiff,<br>v.<br>NETWORK APPLIANCE, INC.,<br><br>         Defendant. | Case No. C 07-05488 JW<br><br>**JOINT STIPULATION RE EXTENSION OF TIME FOR DEFENDANT NETWORK APPLIANCE, INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

WHEREAS, on October 29, 2007, Plaintiff Sun Microsystems, Inc. filed its complaint in the United States District Court for the Northern District of California and served the Complaint upon Defendant Network Appliance, Inc. on October 30, 2007; and

WHEREAS, on November 2, 2007, Plaintiff Sun Microsystems, Inc. filed its first amended complaint in the United States District Court for the Northern District of California and served the First Amended Complaint upon Defendant Network Appliance, Inc. on November 5, 2007; and

WHEREAS the filing of this Stipulation does not waive any of Defendant's defenses to the Complaint;

WHEREAS the parties agree that Defendant may have an extension of time to respond to the Complaint; and

1  WHEREAS, pursuant to Local Rule 6-1(a), Court approval of this stipulation is not
2  required,
3  It is hereby stipulated between Network Appliance, Inc. and Sun Microsystems, Inc.,
4  through their respective counsel of record, that the last day for Defendants to respond to the
5  Complaint on file in this action shall be December 21, 2007.

7  DATED: November 16, 2007            Respectfully submitted,

8                                      WEIL, GOTSHAL & MANGES LLP

9                                      /s/ Edward R. Reines
                                       Edward R. Reines
10                                     201 Redwood Shores
                                       Redwood City, CA 94065
11                                     650-802-3022 (Telephone)
                                       650-802-3100 (Facsimile)
12                                     edward.reines@weil.com

13 DATED: November 16, 2007            Respectfully submitted,

14                                     DLA PIPER US LLP

15                                     /s/ Mark Fowler
                                       Mark Fowler
16                                     2000 University Avenue
                                       East Palo Alto, CA 94303
17                                     650-833-2000 (Telephone)
                                       650-833-2001 (Facsimile)
18                                     mark.fowler@dlapiper.com

JOINT STIPULATION RE EXTENSION OF TIME TO
RESPOND TO FIRST AMENDED COMPLAINT        2

Case No. C 07-05488 JW