1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
3  JEFFREY HOMRIG (Bar No. 215890)
   jeffrey.homrig@weil.com
4  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
5  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
6  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
7
   Attorneys for Defendant
8  NETWORK APPLIANCE, INC.,

*IT IS SO ORDERED*
*Judge James Ware*

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12 SUN MICROSYSTEMS, INC.,          | Case No. C 07-05488 JW
13            Plaintiff,             | STIPULATION AND [PROPOSED]
        v.                           | ORDER OF REASSIGNMENT TO
14                                   | MAGISTRATE JUDGE ELIZABETH
   NETWORK APPLIANCE, INC.,          | LAPORTE
15
            Defendant.
16

STIPULATION AND [PROPOSED] ORDER OF
REASSIGNMENT TO MAGISTRATE JUDGE
ELIZABETH LAPORTE

Case No. C 07-05488 JW
SV1:\284294\01\63d201!.DOC\65166.0004

## STIPULATION

WHEREAS, on October 29, 2007 this action was assigned to the Honorable James Ware.

WHEREAS, Plaintiff Sun Microsystems, Inc. hereby retracts its declination to proceed before a magistrate judge filed on October 29, 2007.

WHEREAS, the parties have conferred and consent to proceed before United States Magistrate Judge Elizabeth Laporte.

WHEREAS, Magistrate Judge Laporte has agreed to conduct any and all further proceedings in this action.

Accordingly, it is hereby stipulated that, in accordance with the provisions of Title 28 U.S.C. Section 636(c), the undersigned parties voluntarily consent to have United States Magistrate Judge Elizabeth Laporte conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Federal Circuit.

Plaintiff Sun Microsystems, Inc. and Defendant Network Appliance, Inc. jointly request reassignment of this case to United States Magistrate Judge Elizabeth Laporte and expect other litigation between them also to be assigned to Judge Laporte.

DATED: November 27, 2007

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

/s/ Edward R. Reines
Edward R. Reines
201 Redwood Shores
Redwood City, CA 94065
650-802-3022 (Telephone)
650-802-3100 (Facsimile)
edward.reines@weil.com

DATED: November 27, 2007

Respectfully submitted,

DLA PIPER US LLP

/s/ Mark Fowler
Mark Fowler
2000 University Avenue
East Palo Alto, CA 94303
650-833-2000 (Telephone)
650-833-2001 (Facsimile)
mark.fowler@dlapiper.com

## ORDER

IT IS HEREBY ORDERED that this case be reassigned to United States Magistrate Judge Elizabeth Laporte for all further proceedings in accordance with 28 U.S.C. Section 636(c), Fed. R. Civ. P. 73 and the consent of the parties.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 28, 2007

_____
Honorable James Ware