UNITED STATES DISTRICT COURT

Northern District of California

SUN MICROSYSTEMS, INC.

                Plaintiff(s),

v.

NETWORK APPLIANCE, INC.

                Defendant(s).

CASE NO. C 07-05448 (JW)

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Clayton W. Thompson, an active member in good standing of the bar of the State of Virginia whose business address and telephone number (particular court to which applicant is admitted) is

DLA Piper US LLP, 1775 Wiehle Avenue Suite 400, Reston, Virginia 20190-5159
Phone: 703.773.4143

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sun Microsystems, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Dec 13, 2007

United States Magistrate Judge