(12) **United States Patent**
Kleiman et al.

(10) Patent No.: **US 6,574,591 B1**
(45) Date of Patent: **Jun. 3, 2003**

(54) **FILE SYSTEMS IMAGE TRANSFER BETWEEN DISSIMILAR FILE SYSTEMS**

(75) Inventors: **Steven R. Kleiman**, Los Altos, CA (US); **David Hitz**, Portola Valley, CA (US); **Norman C. Hutchinson**, Richmond (CA); **Sean W. O'Malley**, Sunnyvale, CA (US)

(73) Assignee: **Network Appliance, Inc.**, Sunnyvale, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/426,409**

(22) Filed: **Oct. 25, 1999**

**Related U.S. Application Data**

(63) Continuation of application No. 09/127,497, filed on Jul. 31, 1998.

(51) Int. Cl.[7] ............................................... **G06F 12/00**
(52) U.S. Cl. ........................................ **703/203**; 707/204
(58) Field of Search ................... 707/7, 200, 201–206, 707/529–530; 710/12–33, 52–56; 711/1–6, 100–132, 600, 168–173

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,825,354 A | 4/1989 | Agrawal et al. | |
| 4,937,763 A | 6/1990 | Mott | |
| 4,984,272 A | 1/1991 | McIlroy et al. | |
| 5,067,099 A | 11/1991 | McCown et al. | |
| 5,113,442 A | 5/1992 | Moir | |
| 5,144,659 A | 9/1992 | Jones | |
| 5,202,983 A | 4/1993 | Orita et al. | |
| 5,222,217 A | 6/1993 | Blount et al. | |
| 5,283,830 A | 2/1994 | Hinsley et al. | |
| 5,572,711 A | 11/1996 | Hirsch et al. | |
| 5,617,568 A | 4/1997 | Ault et al. | |

| | | | |
|---|---|---|---|
| 5,668,958 A | 9/1997 | Bendert et al. | .............. 710/128 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 69425658 T2 | 6/1993 |
| EP | 0306244 A2 | 3/1989 |
| EP | 0308056 A2 | 3/1989 |
| EP | 0410630 A | 1/1991 |
| EP | 0537098 | 4/1993 |
| EP | 0566967 A | 10/1993 |
| EP | 0760503 A1 | 3/1997 |
| EP | 0767431 A1 | 4/1997 |
| EP | 1197836 A2 | 4/2002 |
| JP | 1-273395 | 11/1989 |
| WO | WO 01/31446 A1 | 5/2001 |

*Primary Examiner*—Alford W. Kindred
(74) *Attorney, Agent, or Firm*—Swernofsky Law Group PC

(57) **ABSTRACT**

The invention provides techniques for duplicating all or part of a file system while maintaining consistent copies of the file system. A preferred embodiment reads data from the source file system (mapped according to a first storage block arrangement) creates an image stream and writes this data onto the destination file system (in accordance with a second storage block arrangement). Thus, the invention allows an image transfer between file systems that have dissimilar characteristics. An intermediate storage medium can be used to store or transmit the data read from the source file system before writing the data to the destination file system. For example, the intermediate storage medium can include a magnetic tape or other archival device, or a network.) Another aspect of the invention writes the data to the intermediate storage medium using a normalized or implied block list. The information is read from the intermediate storage medium using normalized or implied block list and written to the destination file system according to the second storage block arrangement. Another aspect of the invention is that the invention determines a first set of block numbers (BNs), determines where the blocks referenced by these BNs are to be stored, and updates the BNs accordingly.

**88 Claims, 10 Drawing Sheets**



500

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,675,782 A | | 10/1997 | Montague et al. |
| 5,689,701 A | | 11/1997 | Ault et al. |
| 5,737,523 A | | 4/1998 | Callaghan et al. |
| 5,761,669 A | | 6/1998 | Montague et al. .......... 707/103 |
| 5,819,292 A | * | 10/1998 | Hitz et al. ................. 707/203 |
| 5,825,877 A | | 10/1998 | Dan et al. |
| 5,873,101 A | | 2/1999 | Klein |
| 5,876,278 A | | 3/1999 | Cheng |
| 5,890,959 A | | 4/1999 | Pettit et al. |
| 5,907,672 A | | 5/1999 | Matze et al. |
| 5,915,087 A | | 6/1999 | Hammond et al. |
| 5,931,935 A | | 8/1999 | Calbrera et al. ........... 710/260 |
| 5,963,962 A | | 10/1999 | Hitz et al. |
| 6,145,121 A | * | 11/2000 | Levy et al. ................... 717/4 |
| 6,279,011 B1 | | 8/2001 | Muhlestein |
| 6,289,356 B1 | | 9/2001 | Hitz et al. |
| 2001/0044807 A1 | | 11/2001 | Kleiman et al. |
| 2002/0049718 A1 | | 4/2002 | Kleiman et al. |
| 2002/0083037 A1 | | 6/2002 | Lewis et al. |
| 2002/0083081 A1 | | 6/2002 | Chen et al. |

* cited by examiner



***Fig. 1***



201 — Start

203 — Generate Image Stream

205 — Write Image Stream

207 — Update BN Pointers in the Destination File System

209 — End

200

*Fig. 2A*



Fig. 2B

U.S. Patent

Jun. 3, 2003

Sheet 4 of 10

US 6,574,591 B1



**Fig. 3A**

**Fig. 3B**

**Fig. 3C**



**Fig. 4A**                    **Fig. 4C**



**Fig. 4B**



*Fig. 5*



*Fig. 6*



*Fig. 7*



Fig. 8



Fig. 9A

Fig. 9B

1

# FILE SYSTEMS IMAGE TRANSFER BETWEEN DISSIMILAR FILE SYSTEMS

This application is a continuation of prior co-pending U.S. patent application Ser. No. 09/127,497, entitled: File System Image Transfer, by Steve Kleiman et al., filed Jul. 31, 1998 hereby incorporated by reference in its entirety.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The invention relates to storage systems.

2. Background

In computer file systems for storing and retrieving information, it is sometimes advantageous to duplicate all or part of the file system. For example, one purpose for duplicating a file system is to maintain a backup copy of the file system to protect against lost information. Another purpose for duplicating a file system is to provide a replica of the file system at multiple servers so that the multiple servers can share the load incurred in accessing the available information.

One known problem in the prior art is that existing techniques for duplicating data in a file system are either relatively awkward and slow (such as duplicating to tape), or are relatively expensive (such as duplicating to an additional set of disk drives).

The previously referenced application discloses how to efficiently copy data contained in the storage blocks of the source file system to the storage blocks on the destination file system where each file system has the same block numbers (BNs) identifying the storage blocks (thus, making an identical image copy of the source file system on the destination file system). The previously referenced application required that the BNs for the source file system and the BNs for the destination file system be the same.

A problem can exist when the destination file system is smaller than the source file system as not all the possibly-used storage blocks in the source file system are available on the destination file system. Another problem can exist when the destination file system has unusable storage blocks at locations that correspond to storage blocks used on the source file system. Yet another problem occurs when the RAID geometry of the source file system is different from that of the destination file system because the organization of storage blocks on the destination file system may not be organized as efficiently as on the source file system. These problems are among those addressed by the instant invention.

It would be advantageous to provide a technique that efficiently copies storage blocks from the source file system (arranged according to a first storage block arrangement) to the destination file system that is arranged according to a second storage block arrangement that differs from the first storage block arrangement.

## SUMMARY OF THE INVENTION

The invention provides techniques for duplicating all or part of a file system while maintaining consistent copies of the file system. One preferred embodiment determines a first set of block numbers (BNs), determines where the storage blocks referenced by these BNs are to be stored, and updates the BNs accordingly. Another preferred embodiment reads data from the source file system (in accordance with a first storage block arrangement) creates an image stream and writes the data from the image stream onto the destination

2

file system (in accordance with a second storage block arrangement). An intermediate storage medium can be used to store or transmit the image stream before writing the data to the destination file system. (For example, the intermediate storage medium can include (without limitation) a magnetic tape (or other archival device) or a network.) The invention allows image file system copies to be made from a source file system to a destination file system that has dissimilar characteristics from the source file system.

## DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a computer system capable of using the invention in accordance with a preferred embodiment;

FIG. **2A** illustrates an overview of the method of a preferred embodiment;

FIG. **2B** illustrates a swizzling process used by a preferred embodiment;

FIG. **3A** illustrates a first block-list generation process in accordance with a preferred embodiment;

FIG. **3B** illustrates a second block-list generation process in accordance with a preferred embodiment;

FIG. **3C** illustrates a third block-list generation process in accordance with a preferred embodiment;

FIG. **4A** illustrates a first image stream format generated using the process illustrated in FIG. **3A**;

FIG. **4B** illustrates a second image stream format generated according to FIG. **3B**;

FIG. **4C** illustrates a third image stream format generated according to FIG. **3C**;

FIG. **5** illustrates an on-the-fly swizzling process in accordance with a preferred embodiment;

FIG. **6** illustrates a late swizzling process in accordance with a preferred embodiment;

FIG. **7** illustrates a band swizzling process in accordance with a preferred embodiment;

FIG. **8** illustrates a swizzle restart process in accordance with a preferred embodiment;

FIG. **9A** illustrates a BN based image stream in accordance with a preferred embodiment; and

FIG. **9B** illustrates a gob based image stream in accordance with a preferred embodiment.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

In the following description, one or more preferred embodiments of the invention are described with regard to preferred process steps and apparatus that effect these steps. However, those skilled in the art will recognize that embodiments of the invention may be implemented using special-purpose or general-purpose processors operating under program control or other circuits and that the implementation of the process steps would not require undue experimentation or further invention.

Inventions describe herein can be used in conjunction with inventions described in the following application:

application Ser. No. 08/471,218, filed Jun. 5, 1995, by David Hitz et al., titled A Method for Providing Parity in a Raid Sub-System Using Non-Volatile Memory;

application Ser. No. 08/454,921, filed May 31, 1995, by David Hitz et al., titled Write Anywhere File-System Layout";

application Ser. No. 08/464,591, filed May 31, 1995, by David Hitz et al., titled Method for Allocating Files in a File System Integrated with a Raid Disk Sub-System;

3

Each of the above applications is hereby incorporated by reference as if fully set forth herein.

Notations and Nomenclature

The following 'notations and nomenclature' are provided to assist in the understanding of the present invention and the preferred embodiments thereof.

Block-type bits—Block-type bits are bits in a blockmap file that describe the purpose of each storage block in the file system. Thus, block-type bits can be used to determine which storage blocks contain block number (BN) pointers.

Pointer—A pointer is a data value that is used to reference a data structure. One skilled in the art will understand that "pointer" includes, without limitation, a memory address to, or a value used to calculate the address to the information of interest and any functional equivalents including handles and similar constructs. A BN pointer serves as a pointer to a storage block in a file system.

Procedure—A procedure is a self-consistent sequence of computerized steps that lead to a desired result. These steps are defined by one or more computer instructions. These steps are performed by a computer executing the instructions that define the steps. Thus, the term "procedure" can refer to a sequence of instructions, a sequence of instructions organized within a programmed-procedure or programmed-function, or a sequence of instructions organized within programmed-processes executing in one or more computers.

RAID—Redundant Array of Independent Disks.

Detailed Description

FIG. 1 illustrates a computer, indicated by general reference character 100, that incorporates the invention. The computer 100 includes a processor 101 that incorporates a central processor unit (CPU) 103, a memory section 105 and an input/output (I/O) section 107. The I/O section 107 can be connected to an operator interface 109, a first disk storage unit 113, a second disk storage unit 114, and a removable media drive unit 115. The removable media drive unit 115 can read a removable medium 117 that typically contains a program and data 119. The disk storage units 113, 114 can be an array of disks (for example a RAID). The computer 100 can include a network interface 121 that connects the computer 100 to a network 123. An application program 125 residing in the memory section 105 causes the computer 100 to perform the steps of the invention. The application program 125 is loaded into the memory section 105 from one of the disk storage units, the network interface 121, a read only memory or similar data storage device. In some embodiments, the memory section 105 includes a NVRAM 127. The operator interface 109 provides access to the computer 100 such as through a network, terminal concentrator, or other I/O mechanism.

The removable media drive unit 115 (along with the removable medium 117), the first disk storage unit 113 and the second disk storage unit 114 are part of a file storage mechanism. The second disk storage unit 114 need not be the same size as the first disk storage unit 113 (in particular, the second disk storage unit 114 can have less data capacity than the first disk storage unit 113). In addition, the computer 100 can include a magnetic tape device (not shown). One skilled in the art will understand that not all the elements shown in FIG. 1 need be present for every embodiment.

One aspect of the invention transfers data from physical storage blocks that make up a source file system on a first block-oriented media to a second block-oriented media

4

without requiring that the same physical block arrangement be used on the second block-oriented media as the first. Thus, a first storage block arrangement defines the file structure of the source file system and a second storage block arrangement defines the file structure of the destination file system and the first storage block arrangement and the second storage block arrangement are different.

Swizzling is a process that re-maps block numbers (BNs) so that file system storage blocks can be stored at different locations on the destination file system than they are on the source file system. Swizzling allows an image transfer from a first file system to a second file system when some of the storage blocks used on the first file system cannot be transferred to corresponding storage blocks on the second file system. This situation occurs (for example, but without limitation) when the first and second file systems are of differing sizes, when some storage blocks on the first file system cannot be transferred to the same storage blocks on the second file system (for example, if the second file system has bad blocks), or when the geometry of the file systems differ sufficiently to require a more optimal mapping (for example when transferring a file system from one RAID storage to another RAID storage having different properties).

Swizzling can be performed after the storage blocks are written to the destination file system (late swizzling) or as the storage blocks are being written to the destination file system (on-the-fly swizzling). Band swizzling is a form of late swizzling that optimizes writes to a RAID based destination file system and that optimizes the re-mapping step. Gob swizzling swizzles a range of storage blocks instead of a single storage block and so reduces the amount of block mapping information that is maintained. For example, if the gob size is 256 storage blocks, the BN of each block in the gob would have its upper bits swizzled in the same way, and the lower 8 bits of the BN would be left unchanged. This reduces the block mapping information by a factor of 256.

A preferred embodiment uses BNs that are within a volume block number (VBN) space. VBNs provide a contiguous flat address space for the storage blocks. This address space does not have gaps or holes where there is no storage block that corresponds to a given address (for example, some schemes that use a platter identification in the high bits of the address, and a storage block identifier within the platter will have address gaps between the platters).

FIG. 2A illustrates a file system duplication process, indicated by general reference numeral 200, that transfers data from a source file system to a destination file system. Each file system is capable of storing the data in one or more storage blocks. The file system duplication process 200 initiates at a 'start' terminal 201 and continues to a 'generate image stream' procedure 203. The 'generate image stream' procedure 203 generates an image stream by determining a first storage block arrangement that specifies how/where the data stored on the source file system is located in the image stream. The 'generate image stream' procedure 203 also reads the data from the source file system in accordance with the first storage block arrangement to generate the image stream. A preferred embodiment scans the blockmap file to determine which storage blocks on the source file system are to be included in the image stream. Other embodiments can use other file system information to determine which storage blocks are to be included. Thus, the 'generate image stream' procedure 203 determines which storage blocks from the source file system are to be included in the image stream according to the arrangement of the storage blocks on the

<table>
<tr><td>5</td><td>6</td></tr>
</table>

source file system as defined by the file system meta-data of the source file system. The arrangement of the storage blocks on the source file system is different from the arrangement of the storage blocks on the destination file system when the storage blocks are written.

The 'generate image stream' procedure **203** may also generate one or more block-lists that specify where storage blocks from the source file system are included in the image stream. The block-lists can indicate which storage blocks include one or more block number (BN) pointers. The data read from the source file system includes one or more block number (BN) pointers. The 'generate image stream' procedure **203** can also include a second block-list that can be used to map blocks in the image stream to a second storage block arrangement for the destination file system.

The image stream can include the block-type bits or information derived from the block-type bits to identify which storage blocks in the image stream include BN pointers.

Once the image stream is generated, a 'write image stream' procedure **205** determines the second storage block arrangement for the destination file system and writes the image stream to the destination file system using actual or normalized block-lists (implied block lists). One aspect of the invention is that data stored at a particular storage block on the source file system need not be stored at the same storage block on the destination file system. Thus, the arrangement of the storage blocks for the source and destination file systems can be different.

The block-lists can include information that can be used to directly map storage blocks from the source file system to storage blocks on the destination file system; and/or can include information that represents where the storage blocks are stored on the source and/or destination file system.

One aspect of the invention is that locations of the storage blocks on the source file system are different from the locations of the storage blocks on the destination file system. Thus, the data in a storage block having a given address on the source file system is stored in a storage block having a different address on the destination file system. Thus, the source file system need not have the same characteristics as the destination file system. In particular, these file systems need not have (without limitation) the same number of storage blocks, the same track/cylinder layout, or the same RAID parameters. In fact, the destination file system can even be smaller than the source file system so long as the data contained within the source file system can be stored on the destination file system.

Once the data is stored on the destination file system (as the second storage block arrangement), the file system duplication process **200** continues to an 'update BN pointers' procedure **207**. The 'update BN pointers' procedure **207** uses the second storage block arrangement, the first block-list and, in some embodiments, the second block-list to update the BN pointers contained in the storage blocks in the destination file system. Once the BN pointers are swizzled, the destination file system contains a complete and consistent copy of the source file system at the time the image stream was created. The file system duplication process **200** completes through an 'end' terminal **209**. The 'update BN pointers' procedure **207** can be accomplished after all the data has been written to the destination file system (late swizzling as is subsequently described with respect to FIG. **6** and such that the second storage block arrangement is determined prior to the late swizzling process) or at the same time as the data is being written to the destination file system

(on-the-fly swizzling as is subsequently described with respect to FIG. **5** and such that the second storage block arrangement is defined during the on-the-fly swizzling process).

The 'update BN pointers' procedure **207** of FIG. **2A** can be performed as a separate step after the storage blocks have been written to the destination file system. Alternatively, the 'update BN pointers' procedure **207** can be incorporated in the 'write image stream' procedure **205** such that the BN pointers are swizzled as the storage blocks are written to the destination file system.

In one preferred embodiment, the first block-list provides information as to how the image stream is organized. In another preferred embodiment, the image stream is organized according to a normalized format (or mapping) that is understood between the 'generate image stream' procedure **203**, the 'write image stream' procedure **205**, and the 'update BN pointers' procedure **207**. FIG. **3A**, FIG. **3B** and FIG. **3C** each illustrate different example mapping processes (without limitation) that can be used by the 'generate image stream' procedure **203** and the 'write image stream' procedure **205**.

FIG. **2B** illustrates a swizzling process, indicated by general reference character **250**, for mapping an old BN pointer from the source file system to a new BN pointer in the destination file system. The swizzling process **250** initiates at a 'start' terminal **251** and continues to a 'lookup new BN pointer' procedure **253** that uses the old BN pointer and the second block-list to retrieve the value of the new BN pointer for the destination file system. A 'replace old BN pointer' procedure **255** replaces the old BN pointer with the new BN pointer. One skilled in the art will understand that the second block-list need not be complete for this process. Instead, the second block-list can be constructed on-the-fly as the storage blocks are stored in the destination file system. The swizzling process **250** completes through an 'end' terminal **257**. The swizzling process **250** is used by the subsequently described processes as shown in FIG. **5**, FIG. **6**, and FIG. **7**.

The image stream contains explicit or implied information that maps the storage blocks from the source file system to the data in the image stream. Thus, the image stream is constructed in accordance with a specified format.

Block-type bits in the blockmap file can be used to determine which storage blocks contain BN pointers and which storage blocks do not. The BN pointers can be used to determine the first storage block arrangement—that is, to determine which storage blocks on the first disk storage unit **113** are to be included in the image stream. In addition, for file systems that do not use block-type bits, the storage blocks containing BN pointers can be determined by exploring the file system's meta-data. One skilled in the art will understand that block-type bits provide but one way for the invention to determine what the storage blocks in the source file system are used for. The block-type bits or other information representing which storage blocks contain BN pointers can be included in the image stream.

FIG. **3A** illustrates a first block-list generation process, indicated by general reference numeral **300**. The first block-list generation process **300** initiates at a 'start' terminal **301** and continues to a 'determine first block-list' procedure **303**. The 'determine first block-list' procedure **303** scans the source file system to determine the first block-list using known techniques. A 'determine second block-list' procedure **305** determines the second storage block arrangement based on known characteristics of the destination file sys-

US 6,574,591 B1

7

tem. A 'store block lists with data' procedure **307** combines both the first block-list and the second block-list with the data to generate the image stream. The first block-list generation process **300** completes through an 'end' terminal **309**. Thus, the computer that writes the image stream to the destination file system need not generate the second block-list because the computer that generated the image stream has already done so.

FIG. **3B** illustrates a block-list generation process, indicated by general reference numeral **320**, that initiates at an 'start' terminal **321** and continues to the 'determine first block-list' procedure **303** (previously described). Once the first block-list for the source file system is determined, the block-list generation process **320** continues to a 'store first block-list with data' procedure **325**. The 'store first block-list with data' procedure **325** includes the first block-list with the image stream. However, unlike the first block-list generation process **300**, the image stream does not contain the second block-list for the destination file system. After the image stream is created, the block-list generation process **320** continues to a 'create second block-list' procedure **327**. The 'create second block-list' procedure **327** can be performed by the computer that writes the image stream to the destination file system. This computer uses information about the destination file system and the first block-list to generate the second block-list. The block-list generation process **320** completes through an 'end' terminal **329**. One skilled in the art will understand that the 'create second block-list' procedure **327** can create the second block-list prior to, after, or concurrently with the storage of the image stream on the destination file system.

FIG. **3C** illustrates a third block-list generation process, indicated by general reference numeral **350**, that does not include the first block-list with the image stream. Instead, the image stream is created according to a normal-form block-list, known to both the computer creating the image stream from the source file system and the computer that receives the image stream, which writes the data contained in the image stream to the destination file system. This normal-form block-list can be created with the foreknowledge of the destination geometry or can be a block-list that is good enough for most geometries. The normal-form can include degenerate block-lists (for example but without limitation, block-lists that specify that a specified number of storage blocks were read from a first disk, then from a second disk, etc and repeating the sequence until all the storage blocks are read).

The third block-list generation process **350** initiates at a 'start' terminal **351** and continues to the 'determine first block-list' procedure **303**. Next, a 'store data in normal-form' procedure **355** uses the first block-list to create the image stream in accordance with a normalized (implied and/or mutually understood) format. The computer that writes the data to the destination file system receives the image stream with the assumed the normal-form block-list and creates the second storage block arrangement for the destination file system at the 'create second block-list' procedure **327** (previously described). The third block-list generation process **350** completes through an 'end' terminal **359**.

Each of the image streams generated by the previously described processes can be stored using intermediate storage such as (without limitation) a set of magnetic media. Each of the image streams can be sent from one computer to another using a communication mechanism such as (without limitation) a local area network or internet.

The 'create second block-list' procedure **327** can be performed by the source computer or the destination com-

8

puter. If performed by the source computer, the source computer must know the characteristics of the destination file system.

The image stream formats that result from the processes shown in FIG. **3A**, FIG. **3B**, and FIG. **3C** are shown in FIG. **4A**, FIG. **4B**, and FIG. **4C**. FIG. **4A** illustrates a first image stream format, indicated by general reference numeral **400**, resulting from the first block-list generation process **300** of FIG. **3A**. The first image stream format **400** contains a data portion **403**, a first block-list portion **405**, and a second block-list portion **407**. The data portion **403** contains the data according to the first block-list (stored in the first block-list portion **405**). The second block-list portion **407** contains the second block-list created by the 'determine second block-list' procedure **305** of FIG. **3A**.

FIG. **4B** illustrates a second image stream format, indicated by general reference numeral **450**, that results from the block-list generation process **320** of FIG. **3B**. In this case the second image stream format **450** includes the first block-list portion **405** and the data portion **403** but omits the second block-list portion **407**.

FIG. **4C** illustrates a third image stream format, indicated by general reference numeral **460**, that results from the third block-list generation process **350** of FIG. **3C**. In this case the third image stream format **460** does not contain the first block-list or the second block-list but does contain the data portion **403**, which is stored according to a normalized format defined by an assumed normal-form block-list.

One advantage of the normalized format is that its use hides the source file system geometry from the destination computer.

In a preferred embodiment, the image stream contains information that identifies which of the image stream formats is used. This information can be placed in a header portion (not shown) of the image stream.

The image stream has been described (for simplicity) as having separate data and block-list portions. However, the image stream can have alternating block list and data portions.

One skilled in the art will understand that the first block-list and the second block-list can be combined to be a mapping between the storage blocks in the source file system and the storage blocks in the destination file system. Such a one will also understand that this is equivalent to the previously described embodiment where the first block-list describes where storage blocks are stored in the source file system and the second block-list describes where the storage blocks are stored on the destination file system. Both of these approaches (and other equivalent approaches) provide enough information for the invention to swizzle the storage blocks on the destination file system.

FIG. **5** illustrates an on-the-fly swizzling process, indicated by general reference numeral **500**, that implements "on-the-fly swizzling". In on-the-fly swizzling, the BN pointers are swizzled while the image stream is being written to the destination file system. This type of swizzling updates the BN pointers as the storage blocks are written to the destination file system instead of performing the BN pointer update after all the storage blocks have been written. Thus, each block is only written once and often storage blocks can be arranged to be written in full RAID 'stripes'. The on-the-fly swizzling process **500** initiates at a 'start' terminal **501** and continues to an 'iterate each block' procedure **503**. The 'iterate each block' procedure **503** initially reads and stores any provided information that can be used to map the storage blocks between file systems (such as the

9

first block-list portion **405** and the second block-list portion **407**) and then reads each block from the image stream. When all storage blocks are read from the image stream, the on-the-fly swizzling process **500** completes through an 'end' terminal **505**. A 'BN block' decision procedure **507** checks each storage block against the block information in the first block-list (or equivalent) to determine whether the storage block contains a BN pointer. If the storage block does not contain a BN pointer, the on-the-fly swizzling process **500** continues to a 'write block' procedure **509** that writes the block to the destination file system and the process continues to the 'iterate each block' procedure **503** to process additional storage blocks or to complete.

However, if at the 'BN block' decision procedure **507**, the storage block is determined to have a BN pointer, the on-the-fly swizzling process **500** continues to an 'iterate BN pointers' procedure **511** that iterates each BN pointer in the block. After all the BN pointers in the block have been iterated, the process continues to a 'log block ID' procedure **513** that can store the block number of the modified block in a log (the actual swizzled block can be stored). Next, the on-the-fly swizzling process **500** continues to the 'write block' procedure **509** to store the block and continue processing as previously described. The logged block is used if the swizzling process must be restarted, as is subsequently described with respect to FIG. **8**.

Once the swizzled block is written to disk by the 'write block' procedure **509**, and if the swizzled block was logged by the 'log block ID' procedure **513**, the swizzled block can be removed from the log or otherwise modified to show that the corresponding block on the destination device is complete while still retaining enough information to indicate which block was the last swizzled block. One skilled in the art will understand that for on-the-fly swizzling only the block numbers of the swizzled storage blocks need be logged as at restart, the original non-swizzled storage blocks are obtained from the source file system. Thus, logging which block was the last successfully swizzled block is sufficient for restarting on-the-fly swizzling.

The iterated BN pointer is processed by a 'swizzle BN pointer' procedure **515** that invokes the swizzling process **250** previously described with respect to FIG. **2B**. The on-the-fly swizzling process **500** continues to the 'iterate BN pointers' procedure **511** to iterate additional BN pointers in the block or to complete as previously discussed. One skilled in the art will understand that the second block-list need not be completely constructed for this process. Instead, the second block-list can be constructed on-the-fly as the storage blocks are stored in the destination file system.

Swizzling on-the-fly can also be used with the normalized form of the image stream because the normalized form is deterministic. Swizzling on-the-fly cannot be used when the mapping between the first storage block arrangement and the second storage block arrangement is dynamically determined.

FIG. **6** illustrates a late swizzling process, indicated by general reference numeral **600**, for performing late swizzling. In late swizzling, the BN pointers are swizzled after the image stream is written to the destination file system. The late swizzling process **600** is represented by the 'write image stream' procedure **205** and the 'update BN pointers' procedure **207** of FIG. **2A**. The late swizzling process **600** initiates at a 'start' terminal **601** and continues to a 'copy image data' procedure **603**. The 'copy image data' procedure **603** reads and stores any mapping information required by the image stream format (such as the first block-list portion

10

**405** and the second block-list portion **407**) and then writes the data in the data portion **403** of the image stream to the destination file system according to the second block-list. Once the data in the data portion **403** is written to the destination file system, the-late swizzling process **600** continues to an 'iterate BN blocks' procedure **605** that iterates each block on the destination file system that contains a BN pointer from the source file system. These storage blocks are identified, for example, by the use of the first block-list (by the normal-form block-list, or, in the case of late swizzling, by the destination's blockmap file or destination file system's meta-data). When all of the BN storage blocks have been iterated, the late swizzling process **600** completes through an 'end' terminal **607**.

As each BN block is iterated by the 'iterate BN blocks' procedure **605**, the block is accessed by a 'read block' procedure **609** that brings the block of data into memory. Once the block of data is read, an 'iterate BN pointers' procedure **611** uses the information from the first block-list (or the normal-form block-list) to locate and iterate the BN pointers in the block. For each BN pointer, a 'swizzle pointers' procedure **613** uses the second block-list to determine where the block referenced by the BN pointer has been placed in the destination file system (thus determining the BN for the destination file system). This new BN is used to update the BN in the storage block in memory. The 'swizzle pointers' procedure **613** was previously described with respect to FIG. **2B**. Once all the BN pointers in the block have been swizzled, the late swizzling process **600** continues to a 'log block' procedure **615** that stores information indicating that the block has been swizzled. Next, a 'write block' procedure **617** writes the block back to the destination file system and the late swizzling process **600** continues at the 'iterate BN blocks' procedure **605**. Once the block has been successfully stored the block logged by the 'log block' procedure **615** can be removed from the log.

One skilled in the art will understand that there are many equivalents to the above sequence of operations that result in the BN storage blocks being swizzled.

Band Swizzling is a form of late swizzling that maps the BNs so as to optimize RAID performance both as storage blocks are first written to the RAID file system and during the swizzling of BN storage blocks. Band swizzling creates alternating bands of RAID stripes. One set of bands contains data that does not need to be swizzled (storage blocks), the other set of bands contains data that is to be swizzled (for example, inodes and indirect blocks). Thus, the stripes that contain storage blocks that need to be swizzled are read, swizzled, and written back to the stripe. Band Swizzling is used to improve performance when swizzling cannot be done completely on the fly. Band Swizzling is used when the mapping must be determined dynamically and cannot be known until the image stream has been entirely processed (for example when the mapping information is too large to hold in memory). Thus, multiple passes will be required to complete the swizzling process. By writing BN storage blocks to RAID stripes that do not contain data blocks subsequent passes can efficiently read the BN storage blocks.

FIG. **7** illustrates a band swizzling process, indicated by general reference numeral **700**, used to separate blocks into band sets. The band swizzling process **700** initiates at a 'start' terminal **701** and continues to an 'iterate storage blocks' procedure **703**. The 'iterate storage blocks' procedure **703** reads each storage block in the image stream. A 'BN block' decision procedure **705** examines each storage block and uses the first block-list (or the normal-form

11                                                              12

block-list) to determine whether the block contains BN
pointers. If the block contains a BN pointer, the band
swizzling process **700** continues to a 'write block in BN
stripe' procedure **707** that writes the block to a RAID stripe
belonging to a first set of stripe bands (allocated for BN
blocks). However, if the block does not contain a BN
pointer, the band swizzling process **700** continues to a 'write
data in non BN stripe' procedure **709** that writes the storage
block into a second set of stripe bands that does not contain
storage blocks that contain BN pointers. After all the storage
blocks in the image stream have been iterated by the 'iterate
storage blocks' procedure **703**, the band swizzling process
**700** continues to an 'iterate each BN stripe' procedure **711**
that reads each of the first set of stripe bands. When all of
the first set of stripe bands are iterated, the band swizzling
process **700** completes through an 'end' terminal **713**.

As each of the first set of stripe bands is iterated, an
'iterate each BN pointer' procedure **715** uses the first block-
list to iterate each BN pointer in the stripe. Each pointer is
swizzled by a 'swizzle BN pointer' procedure **717** (as has
been previously described with respect to FIG. **2B**) and in
addition, the index into BN is logged into NVRAM to assist
with a possible restart. When all the BN pointers in the stripe
have been swizzled, the band swizzling process **700** contin-
ues to a 'log BN ptr. stripe band' procedure **718** to log the
storage blocks that have swizzled BN pointers. Next, the
band swizzling process **700** continues to a 'write BN stripe'
procedure **719** that overwrites the stripe with the storage
blocks that contain the new BN pointers for the destination
file system. The band swizzling process **700** continues to the
'iterate each BN stripe' procedure **711** to iterate other stripes
or to complete.

The logged storage blocks are used, as is subsequently
described with respect to FIG. **8**, if the swizzling process
must be restarted. In addition, the logged BN index indicates
which BN was the one last swizzled. Once the ptr. stripe
band has been successfully written to the destination file
system, the logged ptr. stripe band can be removed from the
log or otherwise marked as invalid while retaining enough
information to restart.

If the swizzling process is terminated prior to updating all
the storage blocks that contain BNs, some of the BNs will
have been swizzled and others will not have been swizzled.
Thus, the destination file system is in an inconsistent state.
One problem with restarting the late swizzling processes is
that the BN pointers must only be remapped once. One
approach is to log the storage block that contains a swizzled
BN in non-volatile RAM until that block has been verifiably
written to the file system (some embodiments (for example,
band sliding) may also need to store an index that indicates
which BNs in the block have been swizzled). Another
approach (that can be used with the band swizzling process
**700**) is to use band sliding. Band sliding reads storage blocks
from one ptr. stripe band (a swizzle band) and writes the
swizzled ptr. stripe band to a different stripe band. Thus, the
data in the original ptr. stripe band is not modified. Band
sliding is accomplished by initially allocating an empty
swizzle band. Data from the first swizzle band that contains
BN data is swizzled into the empty swizzle band leaving the
data in the first swizzle band. Data from the second swizzle
band is then swizzled into the first swizzle band and the
process continues until all the swizzle bands are swizzled
leaving an empty swizzle band. One embodiment initially
leaves band **0** empty, stores BN storage blocks in bands **1** to
N, and writes data blocks in bands greater than N. During
swizzling, the BN storage blocks from band **1** are read,
swizzled, and written to band **0**. BN storage blocks from

band **2** are read, swizzled and written to band **1**. This process
continues until BN storage blocks from band N are read,
swizzled and written to band N−1.

Restarting on-the-fly swizzling consists of locating the
restart point in the image stream. In this case, the storage
blocks can be processed twice because exactly the same
mapping will occur on the second processing of the image
stream. Thus, the log is used to locate a start point for
resuming the swizzling process and for continuing the
swizzling process from that point.

In late swizzling and band swizzling a block can only be
updated once. In these processes, information is stored in the
NVRAM such that swizzling can be correctly restarted.

FIG. **8** illustrates a swizzle restart process, indicated by
general reference numeral **800**, used to restart an interrupted
swizzle process (such as the late swizzling process **600**, the
on-the-fly swizzling process **500** and the band swizzling
process **700**). The swizzle restart process **800** is invoked
after a swizzle process has been interrupted. The swizzle
restart process **800** examines the swizzle log data to deter-
mine which BNs have been swizzled so as to continue
swizzling non-swizzled BNs. The swizzle restart process
**800** initiates at a 'start' terminal **801** and continues to a 'read
update log' procedure **803**. The 'read update log' procedure
**803** reads the log from NV-RAM or gathers information
from the swizzle bands. A 'locate non-swizzled BN' proce-
dure **805** locates the first non-swizzled BN. If the log is
stored in NV-RAM, the first non-swizzled BN is the first BN
in the first storage block that contains a BN after the last
logged storage block. For swizzling that uses band sliding,
the first non-swizzled BN is determined by locating the two
bands that contains copies of the same storage blocks—the
first of these bands containing swizzled data and the second
of these bands containing the non-swizzled data that can be
overwritten. The subsequent swizzle band is then swizzled
into the second of these bands. Thus, the swizzle restart
process **800** skips the logged storage blocks. A 'swizzle
non-swizzled BN ptrs.' procedure **807** then continues swiz-
zling the non-swizzled BNs. The swizzle restart process **800**
completes through an 'end' terminal **809**.

In one preferred embodiment, the source file system and
the destination file system are RAID devices with differing
characteristics. The invention can optimize read and write
operations to these devices by swizzling "gobs" instead of
single storage blocks. This optimizes the writing of data into
the destination file system. The use of gobs also reduces the
size of the first block-list and the second block-list. A gob is
an aggregation of storage blocks. One way to define gobs is
by using the high order bits of a BN. However, other
definitions can be used. Instead of mapping storage blocks
from the source file system to the destination file system,
gob-swizzling maps "gobs of data" from one file system to
another. Often the source file system is organized such that
storage blocks run sequentially (subject to possible
interleaving) on each platter. Thus, a first platter would
contain storage blocks **1–n** while a second platter would
contain storage blocks n+1–2*n and so on. A five-platter
RAID (the actual RAID would often have additional platters
for parity and error correction information) would be more
efficient if the first five storage blocks of data from the first
platter were placed in a RAID stripe. Thus, by appropriately
selecting the size of the gobs to be a multiple of the size if
the RAID stripe, the destination file system is written with
high efficiency. Another advantage of gobs is that the sizes
of the first block-list portion **405** and the second block-list
portion **407** are reduced. Gobs can also be used in a
gob-normal-form similar to the normal-form used with BNs.

13

FIG. 9A and FIG. 9B illustrate the relationship between a BN based image stream, indicated by general reference numeral **900** and a gob based image stream, indicated by general reference numeral **950**. The gist is that a gob contains a multiple of storage blocks.

The BN based image stream **900** is comprised of a sequence of storage blocks identified by BNs. The sequence of storage blocks contains an $n^{th}$ block **901**, a prior block **903**, a first subsequent block **905**, and a second subsequent block **907**. A gob boundary can occur between the $n^{th}$ block **901** and the prior block **903**, and between the first subsequent block **905** and the second subsequent block **907**. One skilled in the art will understand that a **128** storage block size gob is an example and that larger and smaller gob sizes can be used. In addition, the gob sizes need not be a multiple of two.

The gob based image stream **950** includes a prior gob **951**, a gob **953**, and a subsequent gob **955**. Each gob is identified by a gob number (GNM) and contains the same number of storage blocks (except possibly the last gob). The boundary between the $n^{th}$ block **901** and the prior block **903** serves as the boundary between the prior gob **951** and the gob **953**. The boundary between the first subsequent block **905** and the second subsequent block **907** serves as the boundary between the gob **953** and the subsequent gob **955**. The number of storage blocks in the gob are preferably a multiple of the number of the data platters on a RAID device such that the data in a gob can be written to one or more RAID stripes in a single write operation. Thus, for the gob based image stream **950**, each entry in the first block-list represents a gob having a plurality of the storage blocks. For the BN based image stream **900** each entry in the first block-list represents one or more of said storage blocks.

The invention can also be used to optimize a file system. Thus, for example but without limitation, the invention can be used to save an image of a file system to some intermediate format preparatory to changing the file system parameters (for example, by adding an additional RAID platter to the file system, by changing file system partitions, or simply to optimize the placement of storage blocks that contain BNs on the file system).

From the foregoing, it will be appreciated that the invention has (without limitation) the following advantages:

1) The invention enables a very fast image copy of a file system.

2) The invention enables a file system image to be copied from a larger file system to a smaller file system.

3) The invention enables a file system image to be copied from a larger file system to a destination file system even if the destination file system has defects.

4) The invention enables a file system image to be optimized depending on the characteristics of the destination file system.

Although the present invention has been described in terms of the presently preferred embodiments, one skilled in the art will understand that various modifications and alterations may be made without departing from the scope of the invention. Accordingly, the scope of the invention is not to be limited only to the particular invention embodiments discussed herein.

What is claimed is:

**1**. A computer controlled method for transferring data from a source file system to a destination file system each file system capable of storing said data in one or more storage blocks, said method including steps of:

writing an image stream to said destination file system in accordance with a second storage block arrangement, a

14

first storage block arrangement different from said second storage block arrangement, said data including one or more block number (BN) pointers; and

swizzling said BN pointers in said storage blocks of said destination file system in accordance with said second storage block arrangement.

**2**. The computer controlled method of claim **1**, wherein the step of swizzling is responsive to at least one block-type bit to determine which of said storage blocks to swizzle.

**3**. The computer controlled method of claim **1**, wherein each of said BN pointers is within a volume block number space.

**4**. The computer controlled method of claim **1**, further including reading said data from said source file system in accordance with said first storage block arrangement to generate said image stream.

**5**. The computer controlled method of claim **4**, wherein the step of reading further includes a step of including a first block-list in said image stream.

**6**. The computer controlled method of claim **4**, wherein the step of reading further includes a step of including a second block-list in said image stream.

**7**. The computer controlled method of claim **4**, wherein the step of reading further includes generating said image stream in accordance to a normal-form block-list.

**8**. The computer controlled method of claim **1**, wherein the step of swizzling is performed after said image stream is written to said destination file system.

**9**. The computer controlled method of claim **8**, wherein the step of writing said image stream further includes steps of:

writing said storage blocks that contain said BN pointers in a first set of stripe bands; and

writing said storage blocks that do not contain said BN pointers in a second set of stripe bands.

**10**. The computer controlled method of claim **1**, wherein the step of swizzling further includes steps of:

logging information relating identifying the progress of the step of swizzling;

terminating the step of swizzling prior to updating all of said storage blocks; and

restarting the step of swizzling using said information logged by the step of logging.

**11**. The computer controlled method of claim **1**, wherein the step of swizzling is performed while said image stream is being written to said destination file system.

**12**. The computer controlled method of claim **1**, wherein each entry in a first block-list represents at least one gob.

**13**. The computer controlled method of claim **1**, wherein each entry in a first block-list represents at least one of said storage blocks.

**14**. The computer controlled method of claim **1**, wherein said source file system and the destination file system are the same file system.

**15**. An apparatus having a central processing unit (CPU) and a memory coupled to said CPU for transferring data from a source file system to a destination file system each file system capable of storing said data in one or more storage blocks, said apparatus includes:

an image stream writing mechanism configured to write an image stream to said destination file system in accordance with a second storage block arrangement, a first storage block arrangement different from said second storage block arrangement, said data including one or more block number (BN) pointers; and

a swizzle mechanism configured to swizzle said BN pointers in said storage blocks of said destination file system in accordance with said second storage block arrangement.

15

**16**. The apparatus of claim **15**, wherein each of said BN pointers is within a volume block number space.

**17**. The apparatus of claim **15**, wherein the swizzle mechanism further is responsive to at least one block-type bit to determine which of said storage blocks to swizzle.

**18**. The apparatus of claim **15**, further including an image stream generation mechanism configured to read said data from said source file system in accordance with said first storage block arrangement to generate said image stream.

**19**. The apparatus of claim **18**, wherein the image stream generation mechanism further includes a block-list generation mechanism configured to generate a block-list for use with said image stream.

**20**. The apparatus of claim **19**, wherein the image stream generation mechanism includes said block-list within said image stream.

**21**. The apparatus of claim **19**, wherein said block-list is a normal-form block-list.

**22**. The apparatus of claim **15**, wherein the swizzle mechanism operates after said image stream is written to said destination file system by the image stream writing mechanism.

**23**. The apparatus of claim **22**, wherein the image stream writing mechanism further includes:

a BN block writing mechanism configured to write said storage blocks that contain said BN pointers in a first set of stripe bands; and

a data block writing mechanism configured to write said storage blocks that do not contain said BN pointers in a second set of stripe bands.

**24**. The apparatus of claim **15**, wherein the swizzle mechanism further includes:

a logging mechanism configured to log information relating identifying the progress of the swizzle mechanism; and

a swizzle restart mechanism configured to resume operation of the swizzle mechanism responsive to the logging mechanism.

**25**. The apparatus of claim **15**, wherein the swizzle mechanism operates at substantially the same time as the image stream writing mechanism.

**26**. The apparatus of claim **15**, wherein each entry in a first block-list represents at least one gob.

**27**. The apparatus of claim **15**, wherein each entry in a first block-list represents at least one of said storage blocks.

**28**. The apparatus of claim **15**, wherein said source file system and the destination file system are the same file system.

**29**. A computer controlled system, having at least one central processing unit (CPU) and a memory coupled to said CPU, for transferring data from a source file system to a destination file system each file system capable of storing said data in one or more storage blocks, said system includes:

an image stream generation mechanism configured to read said data from said source file system in accordance with a first storage block arrangement to generate an image stream, said data including one or more block number (BN) pointers, the image stream generation mechanism using one or more of said at least one CPU;

an image stream writing mechanism configured to write said image stream to said destination file system in accordance with a second storage block arrangement, said first storage block arrangement different from said second storage block arrangement, the image stream writing mechanism using one or more of said at least one CPU; and

a swizzle mechanism configured to swizzle said BN pointers in said storage blocks of said destination file system in accordance with said second storage block arrangement, the swizzle mechanism using one or more of said at least one CPU.

**30**. The computer controlled system of claim **29**, wherein each of the mechanisms use the same CPU of one or more of said at least one CPU.

**31**. The computer controlled system of claim **29**, wherein one of the mechanisms use a different CPU of one or more of said at least one CPU from the CPU used by one or more of the other mechanisms.

**32**. The computer controlled system of claim **29**, wherein each entry in a first block-list represents at least one gob.

**33**. The computer controlled system of claim **29**, wherein each entry in a first block-list represents at least one of said storage blocks.

**34**. The computer controlled system of claim **29**, wherein said source file system and the destination file system are the same file system.

**35**. A computer program product including

a computer usable storage medium having computer readable code embodied therein for causing a computer to transfer data from a source file system to a destination file system each file system capable of storing said data in one or more storage blocks, said computer readable code including:

computer readable program code configured to cause said computer to effect an image stream writing mechanism configured to write an image stream to said destination file system in accordance with a second storage block arrangement, a first storage block arrangement different from said second storage block arrangement, said data including one or more block number (BN) pointers; and

computer readable program code configured to cause said computer to effect a swizzle mechanism configured to swizzle said BN pointers in said storage blocks of said destination file system in accordance with said second storage block arrangement.

**36**. The computer program product of claim **35**, wherein the swizzle mechanism further is responsive to at least one block-type bit to determine which of said storage blocks to swizzle.

**37**. The computer program product of claim **35**, further including computer readable program code configured to cause said computer to effect an image stream generation mechanism configured to read said data from said source file system in accordance with said first storage block arrangement to generate said image stream.

**38**. The computer program product of claim **37**, wherein the image stream generation mechanism further includes computer readable program code configured to cause said computer to effect a block-list generation mechanism configured to generate a first block-list for use with said image stream.

**39**. The computer program product of claim **38**, wherein the image stream generation mechanism includes said first block-list within said image stream.

**40**. The computer program product of claim **38**, wherein said first block-list is a normal-form block-list.

**41**. The computer program product of claim **38**, wherein the swizzle mechanism operates after said image stream is written to said destination file system by the image stream writing mechanism.

**42**. The computer program product of claim **41**, wherein the image stream writing mechanism further includes:

computer readable program code configured to cause said computer to effect a BN block writing mechanism

17

configured to write said storage blocks that contain said BN pointers in a first set of stripe bands; and

computer readable program code configured to cause said computer to effect a data block writing mechanism configured to write said storage blocks that do not contain said BN pointers in a second set of stripe bands.

**43.** The computer program product of claim **35**, wherein the swizzle mechanism further includes:

computer readable program code configured to cause said computer to effect a logging mechanism configured to log information relating identifying the progress of the swizzle mechanism; and

computer readable program code configured to cause said computer to effect a swizzle restart mechanism configured to resume operation of the swizzle mechanism responsive to the logging mechanism.

**44.** The computer program product of claim **35**, wherein the swizzle mechanism operates at substantially the same time as the image stream writing mechanism.

**45.** A computer controlled method for transferring data from a consistent source file system to a consistent destination file system, each file system capable of storing said data in one or more storage blocks, said method including steps of:

writing an image stream from said consistent source file system to said consistent destination file system in accordance with a second storage block arrangement, a first storage block arrangement different from said second storage block arrangement, said data including one or more block number (BN) pointers; and

swizzling said BN pointers in said storage blocks of said consistent destination file system in accordance with said second storage block arrangement.

**46.** The computer controlled method of claim **45**, wherein the step of swizzling is responsive to at least one block-type bit to determine which of said storage blocks to swizzle.

**47.** The computer controlled method of claim **45**, wherein each of said BN pointers is within a volume block number space.

**48.** The computer controlled method of claim **45**, further including reading said data from said consistent source file system in accordance with said first storage block arrangement to generate said image stream.

**49.** The computer controlled method of claim **48**, wherein the step of reading further includes a step of including a first block-list in said image stream.

**50.** The computer controlled method of claim **48**, wherein the step of reading further includes a step of including a second block-list in said image stream.

**51.** The computer controlled method of claim **48**, wherein the step of reading further includes generating said image stream in accordance to a normal-form block-list.

**52.** The computer controlled method of claim **48**, wherein the step of swizzling is performed after said image stream is written to said consistent destination file system.

**53.** The computer controlled method of claim **52**, wherein the step of writing said image stream further includes steps of:

writing said storage blocks that contain said BN pointers in a first set of stripe bands; and

writing said storage blocks that do not contain said BN pointers in a second set of stripe bands.

**54.** The computer controlled method of claim **45**, wherein the step of swizzling further includes steps of:

logging information relating identifying the progress of the step of swizzling;

18

terminating the step of swizzling prior to updating all of said storage blocks; and

restarting the step of swizzling using said information logged by the step of logging.

**55.** The computer controlled method of claim **45**, wherein the step of swizzling is performed while said image stream is being written to said consistent destination file system.

**56.** The computer controlled method of claim **45**, wherein each entry in a first block-list represents at least one gob.

**57.** The computer controlled method of claim **45**, wherein each entry in a first block-list represents at least one of said storage blocks.

**58.** The computer controlled method of claim **45**, wherein said consistent source file system and the consistent destination file system are the same file system.

**59.** An apparatus having a central processing unit (CPU) and a memory coupled to said CPU for transferring data from a consistent source file system to a consistent destination file system each file system capable of storing said data in one or more storage blocks, said apparatus includes:

said consistent image stream writing mechanism configured to write an image stream from said consistent source file system to said consistent destination file system in accordance with a second storage block arrangement, a first storage block arrangement different from said second storage block arrangement, said data including one or more block number (BN) pointers; and

a swizzle mechanism configured to swizzle said BN pointers in said storage blocks of said consistent destination file system in accordance with said second storage block arrangement.

**60.** The apparatus of claim **59**, wherein each of said BN pointers is within a volume block number space.

**61.** The apparatus of claim **59**, wherein the swizzle mechanism further is responsive to at least one block-type bit to determine which of said storage blocks to swizzle.

**62.** The apparatus of claim **59**, further including an image stream generation mechanism configured to read said data from said consistent source file system in accordance with said first storage block arrangement to generate said image stream.

**63.** The apparatus of claim **62**, wherein the image stream generation mechanism further includes a block-list generation mechanism configured to generate a block-list for use with said image stream.

**64.** The apparatus of claim **63**, wherein the image stream generation mechanism includes said block-list within said image stream.

**65.** The apparatus of claim **63**, wherein said block-list is a normal-form block-list.

**66.** The apparatus of claim **59**, wherein the swizzle mechanism operates after said image stream is written to said consistent destination file system by the image stream writing mechanism.

**67.** The apparatus of claim **66**, wherein the image stream writing mechanism further includes:

a BN block writing mechanism configured to write said storage blocks that contain said BN pointers in a first set of stripe bands; and

a data block writing mechanism configured to write said storage blocks that do not contain said BN pointers in a second set of stripe bands.

**68.** The apparatus of claim **59**, wherein the swizzle mechanism further includes:

a logging mechanism configured to log information relating identifying the progress of the swizzle mechanism; and

19

a swizzle restart mechanism configured to resume opera-
tion of the swizzle mechanism responsive to the log-
ging mechanism.

**69**. The apparatus of claim **59**, wherein the swizzle
mechanism operates at substantially the same time as the
image stream writing mechanism.

**70**. The apparatus of claim **59**, wherein each entry in a first
block-list represents at least one gob.

**71**. The apparatus of claim **59**, wherein each entry in a first
block-list represents at least one of said storage blocks.

**72**. The apparatus of claim **59**, wherein said consistent
source file system and the consistent destination file system
are the same file system.

**73**. A computer controlled system, having at least one
central processing unit (CPU) and a memory coupled to said
CPU, for transferring data from a consistent source file
system to a consistent destination file system, each file
system capable of storing said data in one or more storage
blocks, said system includes:

an image stream generation mechanism configured to read
said data from said consistent source file system in
accordance with a first storage block arrangement to
generate an image stream, said data including one or
more block number (BN) pointers, the image stream
generation mechanism using one or more of said at
least one CPU;

an image stream writing mechanism configured to write
said image stream to said consistent destination file
system in accordance with a second storage block
arrangement, said first storage block arrangement dif-
ferent from said second storage block arrangement, the
image stream writing mechanism using one or more of
said at least one CPU; and

a swizzle mechanism configured to swizzle said BN
pointers in said storage blocks of said consistent des-
tination file system in accordance with said second
storage block arrangement, the swizzle mechanism
using one or more of said at least one CPU.

**74**. The computer controlled system of claim **73**, wherein
each of the mechanisms use the same CPU of one or more
of said at least one CPU.

**75**. The computer controlled system of claim **73**, wherein
one of the mechanisms use a different CPU of one or more
of said at least one CPU from the CPU used by one or more
of the other mechanisms.

**76**. The computer controlled system of claim **73**, wherein
each entry in a first block-list represents at least one gob.

**77**. The computer controlled system of claim **73**, wherein
each entry in a first block-list represents at least one of said
storage blocks.

**78**. The computer controlled system of claim **73**, wherein
said consistent source file system and the consistent desti-
nation file system are the same file system.

**79**. A computer program product including

a computer usable storage medium having computer
readable code embodied therein for causing a computer
to transfer data from a consistent source file system to
a consistent destination file system, each file system
capable of storing said data in one or more storage
blocks, said computer readable code including:

computer readable program code configured to cause
said computer to effect an image stream writing
mechanism configured to write an image stream

20

from said consistent source file system to said con-
sistent destination file system in accordance with a
second storage block arrangement, a first storage
block arrangement different from said second stor-
age block arrangement, said data including one or
more block number (BN) pointers; and

computer readable program code configured to cause
said computer to effect a swizzle mechanism con-
figured to swizzle said BN pointers in said storage
blocks of said consistent destination file system in
accordance with said second storage block arrange-
ment.

**80**. The computer program product of claim **79**, wherein
the swizzle mechanism further is responsive to at least one
block-type bit to determine which of said storage blocks to
swizzle.

**81**. The computer program product of claim **79**, further
including computer readable program code configured to
cause said computer to effect an image stream generation
mechanism configured to read said data from said consistent
source file system in accordance with said first storage block
arrangement to generate said image stream.

**82**. The computer program product of claim **81**, wherein
the image stream generation mechanism further includes
computer readable program code configured to cause said
computer to effect a block-list generation mechanism con-
figured to generate a first block-list for use with said image
stream.

**83**. The computer program product of claim **82**, wherein
the image stream generation mechanism includes said first
block-list within said image stream.

**84**. The computer program product of claim **82**, wherein
said first block-list is a normal-form block-list.

**85**. The computer program product of claim **79**, wherein
the swizzle mechanism operates after said image stream is
written to said consistent destination file system by the
image stream writing mechanism.

**86**. The computer program product of claim **85**, wherein
the image stream writing mechanism further includes:

computer readable program code configured to cause said
computer to effect a BN block writing mechanism
configured to write said storage blocks that contain said
BN pointers in a first set of stripe bands; and

computer readable program code configured to cause said
computer to effect a data block writing mechanism
configured to write said storage blocks that do not
contain said BN pointers in a second set of stripe bands.

**87**. The computer program product of claim **79**, wherein
the swizzle mechanism further includes:

computer readable program code configured to cause said
computer to effect a logging mechanism configured to
log information relating identifying the progress of the
swizzle mechanism; and

computer readable program code configured to cause said
computer to effect a swizzle restart mechanism config-
ured to resume operation of the swizzle mechanism
responsive to the logging mechanism.

**88**. The computer program product of claim **79**, wherein
the swizzle mechanism operates at substantially the same
time as the image stream writing mechanism.

\*  \*  \*  \*  \*