**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUN MICROSYSTEMS, INC.,

       Plaintiff,

   v.

NETWORK APPLIANCE, INC.,

       Defendant.
_____/

No. C 07-05488 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference scheduled for 2:00 p.m. on March 27, 2008 has been **reset to 3:00 p.m.** before Magistrate Judge Laporte. A joint case management statement shall be filed no later than March 20, 2008.

Dated: February 26, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Lili M. Harrell
    Courtroom Deputy