United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Sun Microsystems, Inc., | 07-05488 EDL |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Network Appliance, Inc., | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-05488 EDL                                                    -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur before the Case Management Conference.

8  Dated: March 13, 2008

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-05488 EDL                                             -2-

PROOF OF SERVICE

Case Name:      Sun Microsystems, Inc. v. Network Appliance, Inc.

Case Number:    07-05488 EDL

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On March 13, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Network Appliance, Inc.
>   ,
>
>   Mark Fowler
>   DLA Piper US LLP
>   2000 University Avenue
>   East Palo Alto, CA 94303
>   mark.fowler@dlapiper.com
>
>   Yakov M. Zolotorev
>   DLA Piper US LLP
>   2000 University Avenue
>   East Palo Alto, CA 94303-2248
>   yakov.zolotorev@dlapiper.com
>
>   Carrie Lynne Williamson
>   DLA Piper US LLP
>   2000 University Avenue
>   East Palo Alto, CA 94303-2248
>   carrie.williamson@dlapiper.com

David L. Alberti
DLA Piper Rudnick Gray Cary US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
David.Alberti@dlapiper.com

Eliza Behold
DLA Piper  US LLP
2000 University Avenue
East Palo Alto, Ca 94303-2215

Clayton W. Thompson II
DLA Piper US LLP
1775 Wiehle Avenue
Suite 400
Reston, VA 20190
clayton.thompson@dlapiper.com

Christine Kerba Corbett
DLA Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
christine.corbett@dlapiper.com

Jeffrey G. Homrig
Weil Gotshal & Manges
201 Redwood Shores Pkwy
Redwood Shores, CA 94065
jeffrey.homrig@weil.com

Edward Robert Reines
Weil Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Edward.Reines@weil.com

Elizabeth Stotland Weiswasser
Weil Gotshal & Manges, LLP
767 Fifth Avene
New York, NY 10153
elizabeth.weiswasser@weil.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 13, 2008 in San Francisco, California.

            RICHARD W. WIEKING
            Clerk
            by:    Timothy J. Smagacz

            */s/ Timothy Smagacz*
            ADR Administrative Assistant
            415-522-4205
            Tim_Smagacz@cand.uscourts.gov