UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUN MICROSYSTEMS, INC.
    Plaintiff/Counterdefendant,

CASE NO. 3:07-CV-05488 EDL

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

NETWORK APPLIANCE, INC.
    Defendant/Counterplaintiff.
_____/

Counsel report that they have met and conferred regarding ADR and that they:
- [ ] have not yet reached an agreement to an ADR process
- [ ] request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference March 27, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Christine Corbett | Plaintiff/Counterdefendant | (650) 833-2141 | christine.corbett@dlapiper.com |
| Jeffrey Homrig | Defendant/Counterplaintif | (650) 802-3119 | jeffrey.homrig@weil.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 3/14/08

/s/
Attorney for
Plaintiff/Counterdefendant
Sun Microsystems, Inc.

Dated: 3/14/08

/s/
Attorney for
Defendant/Counterplaintiff
Network Appliance, Inc.

Rev 12.05
EM\7228139.1
347155-29

American LegalNet, Inc.
www.USCourtForms.com