UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUN MICROSYSTEMS, INC.

    Plaintiff,

    v.

NETWORK APPLIANCE, INC.

    Defendant.
_____/

No. 07-05488  EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference currently scheduled for March 27, 2008 has been continued to March 31, 2008 at 3:30 p.m. before Magistrate Judge Laporte. A joint case management statement shall be filed no later than March 24, 2008.

Dated: March 18, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____*Lili M. Harrell*_____
Lili M. Harrell
Courtroom Deputy