Clerk's Use Only

Initial for fee pd.:

_____

Danielle Rosenthal, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8267

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

*FILED*
*08 MAR 18 PM 3: 53*

SUN MICROSYSTEMS, INC.

　　　　　Plaintiff(s),

**CASE NO.** 5:07-CV-05488

　　　　v.

NETWORK APPLIANCE, INC.

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

_____ Defendant(s). _____/

Pursuant to Civil L.R. 11-3, Danielle Rosenthal , an active member in

good standing of the bar of State of New York , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing Network Appliance, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1.　I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.　I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution

programs of this Court; and,

3.　An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action. The name, address and telephone number of

that attorney is:

Matthew Powers, Esq., Weil, Gotshal & Manges LLP, 201 Redwood Shores
Parkway, Redwood City, CA 94065. Tel: (650) 802-3200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/7/08

Danielle Rosenthal