# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN MICROSYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>NETWORK APPLIANCE, INC<br><br>Defendant | Case No. C-07-05488 EDL<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF DANIELLE ROSENTHAL |

Danielle Rosenthal, an active member in good standing of the bar of State of New York, whose business address and telephone number is Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, (212) 310-8267, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Network Appliance, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: __March 19__, 2008

IT IS SO ORDERED
Judge Elizabeth D. Laporte

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

Case No. C-07-05488 EDL