In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: March 31, 2008

Case No:  **C- 07-05488 EDL**

Case Name:  **SUN MICROSYSTEMS, INC. v.  NETWORK APPLIANCE, INC.**

    Attorneys:    Pltf: Mark Fowler, Christine Corbett
                     Deft: Edward Reines, Jeffrey Homrig

Deputy Clerk:  Lili M. Harrell        FTR digital recording: 3:38pm - 4:05pm

**PROCEEDINGS:**                                  **RULING:**

1.  Initial Case Management Conference        Held

2.

**ORDERED AFTER HEARING:**
    - Case deemed related to C08-1641 EMC. Court to sign related case order.
    - Matter referred to Magistrate Judge Joseph C. Spero for settlement.
      Settlement Conference scheduled for 6/24/2008 in C07-6053 EDL.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**   July 22, 2008 at 3:00pm for further case management conference.
                             Claims Construction hearing set for 10/31/08

Notes:   Court amends the date for filing the joint claim construction statement in C07-6053
          from 5/26/08 to **5/23/08.**

cc: