

DLA Piper US LLP
2000 University Avenue
East Palo Alto, California 94303-2214
www.dlapiper.com

Christine K. Corbett
christine.corbett@dlapiper.com
T  650.833.2141
F  650.833-2001

April 15, 2008

OUR FILE NO. 347155-29

*VIA E-FILE AND FACSIMILE (415) 522-3636*

Magistrate Judge Joseph C. Spero
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *Sun Microsystems, Inc. v. Network Appliance, Inc.*
     U.S.D.C., Case No. C-07-05488 EDL (JCS)

Dear Magistrate Judge Spero:

Pursuant to the April 4, 2008 Notice of Settlement Conference and Settlement Conference Order, Sun Microsystems, Inc. hereby identifies Noreen Krall as the individual with complete and unlimited settlement authority who will attend the settlement meeting and the Settlement Conference.

Very truly yours,

**DLA Piper US LLP**

*Christine K. Corbett*

Christine K. Corbett
*christine.corbett@dlapiper.com*

CKC/cm

EM\7229071.1
347155-29