1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
3  JEFFREY G. HOMRIG (Bar No. 215890)
   jeffrey.homrig@weil.com
4  JILL J. HO (Bar No. 236349)
   jill.ho@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
6  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
7  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
8
   Attorneys for Plaintiff
9  NETWORK APPLIANCE, INC.,

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15 SUN MICROSYSTEMS, INC.              | Case No. 3:07-CV-05488-EDL (JCS)

16              Plaintiff,             | **NETAPP'S IDENTIFICATION OF ADR PARTICIPANTS**
        v.
17
   NETWORK APPLIANCE, INC.
18
                Defendant.
19

1   Pursuant to the Court's April 3, 2008 Settlement Conference Order, NetApp hereby
2   identifies NetApp principals who will participate in both the settlement meeting between
3   principals and the June 24, 2008 Settlement Conference:
4       Andrew Kryder, Senior Vice President, Legal and Tax; General Counsel
5       Gary Ross, Senior Director, Intellectual Property; Chief Patent Counsel

7   Dated: April 15, 2008                          Respectfully submitted,

                                               /s/ *Jeffrey G. Homrig*
                                               Matthew D. Powers
                                               Edward R. Reines
                                               Jeffrey G. Homrig
                                               Jill J. Ho
                                               WEIL, GOTSHAL & MANGES LLP
                                               201 Redwood Shores Parkway
                                               Redwood Shores, CA 94065
                                               Telephone: (650) 802-3000
                                               Facsimile: (650) 802-3100

                                               **ATTORNEYS FOR PLAINTIFF**
                                               **NETWORK APPLIANCE, INC.**