1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  DAVID ALBERTI, Bar No. 220625
   david.alberti@dlapiper.com
3  CHRISTINE K. CORBETT, Bar No. 209128
   christine.corbett@dlapiper.com
4  YAKOV M. ZOLOTOREV, Bar No. 224260
   yakov.zolotorev@dlapiper.com
5  CARRIE L. WILLIAMSON, Bar No. 230873
   carrie.williamson@dlapiper.com
6
7  DLA PIPER US LLP
   2000 University Avenue
   East Palo Alto, CA 94303-2214
8  Tel: 650.833.2000
   Fax: 650.833.2001
9
   Attorneys for Plaintiff/Counterdefendant,
10 Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., a Delaware corporation,<br><br>    Plaintiff/Counterdefendant,<br><br>    v.<br><br>NETWORK APPLIANCE, INC.<br><br>    Defendant/Counterplaintiff. | CASE NO. C-07-05488 EDL<br><br>**[PROPOSED] ORDER AND STIPULATION REGARDING CLOSE OF FACT DISCOVERY** |

Plaintiff Sun Microsystems, Inc. ("Sun") and Defendant Network Appliance, Inc. ("NetApp"), by and through their undersigned attorneys of record, hereby stipulate and agree that the close of fact discovery in the above-titled case shall be December 17, 2008.

1  Dated: April 21, 2008

2                            DLA PIPER US LLP

3

4                            /s/ Christine K. Corbett
                          MARK D. FOWLER

5                            DAVID ALBERTI
                          CHRISTINE K. CORBETT

6                            YAKOV M. ZOLOTOREV
                          CARRIE L. WILLIAMSON

7                            Attorneys for Plaintiff,
                          Sun Microsystems, Inc.

10  Dated: April 21, 2008           /s/ Jeffrey G. Homrig

11                           Matthew D. Powers
                          Edward R. Reines

12                           Jeffrey G. Homrig
                          Jill J. Ho

13                           WEIL, GOTSHAL & MANGES LLP
                          201 Redwood Shores Parkway

14                           Redwood Shores, CA 94065
                          Telephone: (650) 802-3000

15                           Facsimile: (650) 802-3100

16                           Attorneys for Defendant,
                          Network Appliance, Inc.

18  IT IS SO ORDERED

20  Dated:

                          ELIZABETH D. LAPORTE

21                           United States Magistrate Judge