1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  DAVID ALBERTI, Bar No. 220625
   david.alberti@dlapiper.com
3  CHRISTINE K. CORBETT, Bar No. 209128
   christine.corbett@dlapiper.com
4  YAKOV M. ZOLOTOREV, Bar No. 224260
   yakov.zolotorev@dlapiper.com
5  CARRIE L. WILLIAMSON, Bar No. 230873
   carrie.williamson@dlapiper.com
6
   DLA PIPER US LLP
7  2000 University Avenue
   East Palo Alto, CA 94303-2214
8  Tel: 650.833.2000
   Fax: 650.833.2001
9
   Attorneys for Plaintiff/Counterdefendant,
10 Sun Microsystems, Inc.

11                    UNITED STATES DISTRICT COURT
12                   NORTHERN DISTRICT OF CALIFORNIA
13                        SAN FRANCISCO DIVISION
14

15 | SUN MICROSYSTEMS, INC., a Delaware | CASE NO. C-07-05488 EDL
   | corporation,
16 |                                    | [PROPOSED] ORDER AND
   |       Plaintiff/Counterdefendant,  | STIPULATION REGARDING CLOSE OF
17 |                                    | FACT DISCOVERY
   |   v.
18 |
   | NETWORK APPLIANCE, INC.
19 |
   |       Defendant/Counterplaintiff.
20

21
22      Plaintiff Sun Microsystems, Inc. ("Sun") and Defendant Network Appliance, Inc.
23 ("NetApp"), by and through their undersigned attorneys of record, hereby stipulate and agree that
24 the close of fact discovery in the above-titled case shall be December 17, 2008.
25
26
27
28
                                          -1-
DLA PIPER US LLP                [PROPOSED] ORDER AND STIPULATION REGARDING CLOSE OF FACT
EAST PALO ALTO                              DISCOVERY; USDC CASE NO. C-07-05488 EDL
EM\7229143.1
347155-29

1  Dated: April 21, 2008

2                            DLA PIPER US LLP

3

4                        /s/ Christine K. Corbett
                        MARK D. FOWLER

5                          DAVID ALBERTI
                        CHRISTINE K. CORBETT

6                          YAKOV M. ZOLOTOREV
                        CARRIE L. WILLIAMSON

7                          Attorneys for Plaintiff,
                        Sun Microsystems, Inc.

10  Dated: April 21, 2008          /s/ Jeffrey G. Homrig

11                          Matthew D. Powers
                        Edward R. Reines

12                          Jeffrey G. Homrig
                        Jill J. Ho

13                          WEIL, GOTSHAL & MANGES LLP
                        201 Redwood Shores Parkway

14                          Redwood Shores, CA 94065
                        Telephone: (650) 802-3000

15                          Facsimile: (650) 802-3100

16                          Attorneys for Defendant,
                        Network Appliance, Inc.

18  IT IS SO ORDERED

20      Dated: April 23, 2008

                        IT IS SO ORDERED
                        /s/ Elizabeth D. Laporte
                        Judge Elizabeth D. Laporte

DLA PIPER US LLP
EAST PALO ALTO
EM\7229143.1
347155-29
-2-
[PROPOSED] ORDER AND STIPULATION REGARDING CLOSE OF FACT
DISCOVERY; USDC CASE NO. C-07-05488 EDL