MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
DAVID ALBERTI, Bar No. 220625
david.alberti@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV, Bar No. 224260
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>Defendant/Counterplaintiff. | CASE NO. C-07-06053 EDL (JCS); C-07-05488 EDL (JCS); C-08-1641 EDL (JCS)<br><br>[PROPOSED] ORDER AND STIPULATION REGARDING EXTENSION TO EXCHANGE SETTLEMENT PROPOSALS |

Sun Microsystems, Inc. ("Sun") and Network Appliance, Inc. ("NetApp"), by and through their undersigned attorneys of record, hereby stipulate and agree as follows:

(1) No later than April 29, 2008, Sun and NetApp shall each make a settlement proposal, in writing, with a copy to Judge Spero;

(2) No later than May 6, 2008, Sun and NetApp shall each respond and make a counter-proposal, in writing, with a copy to Judge Spero;

-1-
[PROPOSED] ORDER AND STIPULATION RE EXTENSION
TO EXCHANGE SETTLEMENT PROPOSALS;
USDC CASE NO. C-07-06053; C-07-05488 EDL; C-08-1641 EDL

EM\7229418.1

(3) All other dates set forth in the March 3, 2008 and April 4, 2008 Notices of Settlement Conference and Settlement Conference Orders remain unchanged.

Dated: April 24, 2008

DLA PIPER US LLP

/s/ Christine K. Corbett
MARK D. FOWLER
DAVID ALBERTI
CHRISTINE K. CORBETT
YAKOV M. ZOLOTOREV
CARRIE L. WILLIAMSON
Attorneys for
Sun Microsystems, Inc.

Dated: April 24, 2008

/s/ Jill J. Ho
Matthew D. Powers
Edward R. Reines
Jeffrey G. Homrig
Jill J. Ho
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for
Network Appliance, Inc.

IT IS SO ORDERED

Dated: April 28, 2008

[stamp: IT IS SO ORDERED / Judge Joseph C. Spero / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

-2-
[PROPOSED] ORDER AND STIPULATION RE EXTENSION TO EXCHANGE SETTLEMENT PROPOSALS;
USDC CASE NO. C-07-06053; C-07-05488 EDL; C-08-1641 EDL

DLA PIPER US LLP
EAST PALO ALTO

EM\7229418.1