# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

CASE NO.: C-07-05488 EDL (JCS)   TIME: 1 h, 15 m

CASE NAME: *Sun Microsystems, Inc. v. Network Appliance, Inc.*

MAGISTRATE JUDGE JOSEPH C. SPERO   CLERK: Mary Macudzinski-Gomez

DATE: June 24, 2008   COURT REPORTER: not reported

COUNSEL FOR PLAINTIFF(S):   COUNSEL FOR DEFENDANT(S):

Mark Fowler   Edward R. Reines
Clayton Thompson   Jeffrey G. Homrig

**PROCEEDINGS**

X   SETTLEMENT CONFERENCE

☐   FURTHER SETTLEMENT CONFERENCE

☐   DISCOVERY CONFERENCE

☐   STATUS CONFERENCE RE:

☐   TELEPHONIC CONFERENCE RE:

☐   OTHER:

CASE CONTINUED TO:            FOR

NOTES:

A Settlement Conference was held; the case did not settle. The parties shall contact the Court to schedule a Further Settlement Conference.