In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: July 22, 2008

Case No: **C- 07-05488 EDL**

Case Name: **SUN MICROSYSTEMS, INC. v. NETWORK APPLIANCE, INC.**

Attorneys:   Pltf:   Mark Fowler, Christine Corbett
Deft: Jeff Homrig, Jill Ho

Deputy Clerk:  Lili M. Harrell          FTR digital recording: 3:06pm - 3:25pm

**PROCEEDINGS:**                                            **RULING:**

1. Further Case Management Conference                        Held

2.


**ORDERED AFTER HEARING:**
- Court to reset the tutorial currently scheduled for 8/4/2008 in C07-6053.
- Claims Construction Hearing is set from 9:30am to 3:30pm on 8/27/2008.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**

Notes:

cc: