1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  CLAYTON THOMPSON (Pro Hac Vice)
   clayton.thompson@dlapiper.com
3  DAVID ALBERTI, Bar No. 220625
   david.alberti@dlapiper.com
4  CHRISTINE K. CORBETT, Bar No. 209128
   christine.corbett@dlapiper.com
5  YAKOV M. ZOLOTOREV, Bar No. 224260
   yakov.zolotorev@dlapiper.com
6  CARRIE L. WILLIAMSON, Bar No. 230873
   carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff-Counterclaim Defendant,
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC.<br><br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>NETWORK APPLIANCE, INC<br><br>Defendant-Counterclaim Plaintiff. | CASE NO.  C-07-05488-EDL<br><br>**JOINT CLAIM CONSTRUCTION STATEMENT AND PREHEARING STATEMENT**<br><br>Claim Construction Hearing:<br>Date:  October 31, 2008 |

Pursuant to Northern District of California Patent Local Rule 4-3, Sun Microsystems, Inc. ("Sun") and NetApp, Inc. (formerly Network Appliance, Inc.) jointly submit this Joint Claim Construction and Prehearing Statement.

## I. JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT AND EXHIBITS ACCOMPANYING THIS SUBMISSION

Pursuant to Patent Local Rule 4-2(c), the parties met and conferred regarding the submission of this Joint Claim Construction and Prehearing Statement. The proposed constructions and supporting evidence are identified in **Exhibit A**, attached hereto.[1]

Exhibit A-1: Proposed Constructions and Supporting Evidence for the '417 patent

Exhibit A-2: Proposed Constructions and Supporting Evidence for the '720 patent

Exhibit A-3: Proposed Constructions and Supporting Evidence for the '873 patent

Exhibit A-4: Proposed Constructions and Supporting Evidence for the '591 patent

Exhibit A-5: Proposed Constructions and Supporting Evidence for the '385 patent

Exhibit A-6: Proposed Constructions and Supporting Evidence for the '987 patent

Exhibit A-7: Proposed Constructions and Supporting Evidence for the '855 patent

Exhibit A-8: Proposed Constructions and Supporting Evidence for the '528 patent

Exhibit A-9: Proposed Constructions and Supporting Evidence for the '787 patent

Exhibit A-10: Proposed Constructions and Supporting Evidence for the '012 patent

Exhibit A-11: Proposed Constructions and Supporting Evidence for the '937 patent

## II. CLAIM CONSTRUCTION HEARING AND BRIEFING SCHEDULE

The Court's April 2, 2008 Case Management Scheduling Order sets the following schedule for claim construction:

Opening Briefs: September 12, 2008

Responsive Brief: September 26, 2008

Reply Brief: October 10, 2008

Tutorial: TBD

---

[1] The parties have agreed to jointly submit a Supplemental Joint Claim Construction Statement identifying their respective proposed constructions and supporting evidence concerning three additional terms identified by NetApp: "periodically verifying the integrity of the data stored in each of said identified dedicated partitions," ('012 patent), "reading data stored in each of said identified dedicated partitions," ('012 patent), and "data access request," ('787 patent). Consequently, these terms are not included in the appended exhibits. Moreover, because both parties updated certain of their claim construction positions shortly before submission of this Joint Statement, they have agreed to meet and confer regarding the inclusion of contentions and/or evidence responsive to those modified positions in the Supplemental Statement.

Claim Construction Hearing: October 31, 2008

The parties anticipate that the claim construction hearing will take one day.

## III.  LOGISTICS

The parties request a further case management conference to discuss whether a tutorial will be required, whether witnesses will be called during the claim construction hearing and the number of pages required for the opening claim construction briefs.

Dated: August 7, 2008

                                                DLA PIPER US LLP

                                                By: */s/ Christine K. Corbett*
                                                   MARK D. FOWLER
                                                   CLAYTON THOMPSON
                                                   DAVID ALBERTI
                                                   CHRISTINE K. CORBETT
                                                   YAKOV M. ZOLOTOREV
                                                   CARRIE L. WILLIAMSON

                                                   Attorneys for
                                                   Sun Microsystems, Inc.

Dated: August 7, 2008

                                                WEIL, GOTSHAL & MANGES LLP

                                                By: */s/ Jill J. Ho*
                                                  MATTHEW D. POWERS
                                                  EDWARD R. REINES
                                                  JEFFREY G. HOMRIG
                                                  JILL J. HO

                                                  Attorneys for
                                                  NetApp, Inc.