1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  CLAYTON THOMPSON (Pro Hac Vice)
   clayton.thompson@dlapiper.com
3  DAVID ALBERTI, Bar No. 220625
   david.alberti@dlapiper.com
4  CHRISTINE K. CORBETT, Bar No. 209128
   christine.corbett@dlapiper.com
5  YAKOV M. ZOLOTOREV, Bar No. 224260
   yakov.zolotorev@dlapiper.com
6  CARRIE L. WILLIAMSON, Bar No. 230873
   carrie.williamson@dlapiper.com
7
   DLA PIPER US LLP
8  2000 University Avenue
   East Palo Alto, CA 94303-2214
9  Tel: 650.833.2000
   Fax: 650.833.2001
10
   Attorneys for Plaintiff-Counterclaim Defendant,
11 Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC.<br><br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>NETWORK APPLIANCE, INC<br><br>Defendant-Counterclaim Plaintiff. | CASE NO. C-07-05488-EDL<br><br>**SUPPLEMENTAL JOINT CLAIM CONSTRUCTION STATEMENT AND PREHEARING STATEMENT**<br><br>Claim Construction Hearing:<br>Date: October 31, 2008 |

Pursuant to Northern District of California Patent Local Rule 4-3, Sun Microsystems, Inc. ("Sun") and NetApp, Inc. (formerly Network Appliance, Inc.) jointly submit this Supplemental Joint Claim Construction and Prehearing Statement.

Accompanying this Supplemental Statement are the following supplemental exhibits:

Supplemental Exhibit A-10 – Proposed Constructions and Supporting Evidence for additional terms in the '012 patent.

1
2      Supplemental Exhibit A-11 – Proposed Constructions and Supporting Evidence for additional terms in the '787 patent.
3
       Collectively, these supplemental exhibits contain one additional term for the '787 patent and two additional terms for the '012 patent. For the Court's convenience, the parties have used the same exhibit number for each patent as in the Joint Statement filed on August 7.
4
5
6
7   Dated: August 18, 2008
8                                                    DLA PIPER US LLP
9
10                                         By    /s/ Christine K. Corbett
                                                MARK D. FOWLER
11                                              CLAYTON THOMPSON
                                                DAVID ALBERTI
12                                              CHRISTINE K. CORBETT
                                                YAKOV M. ZOLOTOREV
13                                              CARRIE L. WILLIAMSON

14                                              Attorneys for
                                                Sun Microsystems, Inc.
15
16
17  Dated: August 18, 2008
18                                                   WEIL, GOTSHAL & MANGES LLP
19
                                                  /s/ Jeffrey G. Homrig
20                                              MATTHEW D. POWERS
                                                EDWARD R. REINES
21                                              JEFFREY G. HOMRIG
                                                JILL J. HO
22
                                                Attorneys for
23                                              NetApp, Inc.
24
25
26
27
28