# EXHIBIT A-10

Exhibit A-10

## Supplemental Exhibit A-10

### U.S. Patent No. 5,632,012

| Claim No(s). | Claim Term | NetApp's Proposed Construction and Supporting Evidence | Sun's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 1, 10, 15, 24, 29 | "periodically verifying the integrity of the data stored in each of said identified dedicated partitions" | **PROPOSED CONSTRUCTION:** Periodically verifying only the integrity of the data stored in each of said identified dedicated partitions.<br><br>**INTRINSIC EVIDENCE**<br>See 4:38-17:31, Figs. 1, 2, 5, 8-13 and accompanying text; File History, Amendments, Sept. 1, 1995, and Mar. 6, 1996.<br><br>**EXTRINSIC EVIDENCE**<br>Dr. Greg Ganger or another expert may testify concerning the meaning of this term to one of skill in the art in the context of its use in the '012 patent.<br><br>NetApp reserves the right to rely on any evidence identified by Sun. | **PROPOSED CONSTRUCTION:** Sun contends this term does not require construction because the term is clear on its face.<br><br>**EVIDENCE:**<br>• '012 patent, Col. 1:1-24:57, Figs. 1-13 and accompanying text.<br>• '012 patent prosecution history, All Office Actions, Information Disclosure Statements, Responses to Office Actions, Amendments, Briefs on Appeal and/or any prior art cited therein, including without limitation, any references cited by the examiner or applicants, and any Notice of Allowance or Allowability.<br>• Testimony by Sun's expert concerning the meaning of the this term to one of ordinary skill in the art in the context of its use in the '012 patent.<br>• Sun reserves the right to rely on any evidence identified by NetApp. |
| 1, 15, 24, 29 | "reading data [stored] in each of said identified dedicated partitions" | **PROPOSED CONSTRUCTION:** Reading only the data stored on each of said identified dedicated partitions.<br><br>**INTRINSIC EVIDENCE**<br>• See 4:38-17:31, Figs. 1, 2, 5, 8-13 and accompanying text; File History, Amendments, Sept. 1, 1995, and Mar. 6, 1996. | **PROPOSED CONSTRUCTION:** Sun contends this term does not require construction because the term is clear on its face.<br><br>**EVIDENCE:**<br>• '012 patent, Col. 1:1-24:57, Figs. 1-13 and accompanying text.<br>• '012 patent prosecution history, All Office Actions, Information Disclosure Statements, |

44

**Supplemental Exhibit A-10**

## U.S. Patent No. 5,632,012

| Claim No(s). | Claim Term | NetApp's Proposed Construction and Supporting Evidence | Sun's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | **EXTRINSIC EVIDENCE**<br>• Dr. Greg Ganger or another expert may testify concerning the meaning of this term to one of skill in the art in the context of its use in the '012 patent.<br><br>NetApp reserves the right to rely on any evidence identified by Sun. | Responses to Office Actions, Amendments, Briefs on Appeal and/or any prior art cited therein, including without limitation, any references cited by the examiner or applicants, and any Notice of Allowance or Allowability.<br>• Testimony by Sun's expert concerning the meaning of the this term to one of ordinary skill in the art in the context of its use in the '012 patent.<br>• Sun reserves the right to rely on any evidence identified by NetApp. |