# EXHIBIT A-11

Exhibit A-11

**Supplemental Exhibit A-11**

**U.S. Patent No. 6,421,787**

| Claim No(s). | Claim Term | NetApp's Proposed Construction and Supporting Evidence | Sun's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 1, 12, 16, 27, 36, 37 | data access request | **PROPOSED CONSTRUCTION:** a request to a storage device to read or write data<br><br>**INTRINSIC EVIDENCE**<br>See Abstract, 1:6-8, 1:46-51, 1:54-59, 1:63-64, 2:8-16, 2:22-23, 2:24-31, 2:44-46, 2:67-3:3, 3:14-18, 3:20-25, 4:45-47, 4:54-56, 5:67-6:6, 6:12-20, 6:21-31, 6:39-51, 6:58-59, 6:66-7:1, 7:4-8, 7:13-16, 7:29-35, 7:39-43, 7:50-52, 7:50-8:2, 8:61-63, 9:9-14, 9:15-21, 9:40-44, 10:18-25, 10:46-48, 11:9-10, 11:56-63, 12:8-10, 13:6-8, 13:13-14, 13:18-23, 13:42-44, 14:10-11, 14:40-41, 15:50-56, 17:2-3, 17:60-18:31, 18:48-54, 19:12-32, 19:59-20:18, 20:43-22:9, 22:15-22, Figs. 1, 2, 3, 4, 6A, 6B, 7, 11, 12 and accompanying text.<br><br>**EXTRINSIC EVIDENCE**<br>NetApp experts may testify concerning the meaning of this term to one of skill in the art in the context of its use in the '787 patent.<br><br>NetApp reserves the right to rely on any evidence identified by Sun. | **PROPOSED CONSTRUCTION:** "a request to read or write data"<br><br>**EVIDENCE:**<br>• '787 patent, Abstract, 2:17-24; 2:33-41; 2:60-3:30; 5:66-6:19; 9:5-61; 10:16-65; 11:5-25; 11:41-49; 12:50-62; 13:6-59; 14:26-32; 14:43-58; 16:65-17:16; 15:59-22:22; Figs. 1-12 and accompanying text.<br>• '787 patent prosecution history, All Office Actions, Information Disclosure Statements, Responses to Office Actions, Amendments, Briefs on Appeal and/or any prior art cited therein, including without limitation, any references cited by the examiner or applicants, and any Notice of Allowance or Allowability.<br>• Testimony by Sun's expert concerning the meaning of this term to one of skill in the art in the context of its use in the '787 patent.<br>• Sun reserves the right to rely on any evidence identified by NetApp. |

46

WEST\21456706.2