UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**ELIZABETH D. LAPORTE**                                      Date: August 29, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     C-07-06053 EDL

**Title:**       NETWORK APPLIANCE INC v. SUN MICROSYSTEMS INC

**Attorneys:**   Plaintiff:    Edward Reines, Jeffrey Homrig
                 Defendant: Christine Corbett, Carrie Williamson

**Deputy Clerk:**     Lili M. Harrell        **FTR Digital Recorder:** 1:34pm-1:47pm
                                             (Time: 13 min )

**PROCEEDINGS:**                                              **RULINGS:**

Telephonic Conference Call                                    Held


**ORDERED AFTER HEARING:**
- Fact Discovery cutoff extended to 1/16/2009
- Claims Construction Hearing in C07-5488 is rescheduled to **11/10/08 at 9:30AM.**
   The briefing schedule shall remain in effect.
- Parties shall meet and confer regarding the logistics of the Claims Construction. Parties shall provide a glossary of agreed upon technical terms at the Tutorial in C07-5488.


**ORDER TO BE PREPARED BY:** [ ] Plaintiff  [ ] Defendant  [ ] Court

**Case Continued to:**

Notes:

cc: