MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
CLAYTON THOMPSON (Admitted pro hac vice)
clayton.thompson@dlapiper.com
DAVID ALBERTI, Bar No. 220625
david.alberti@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV, Bar No. 224260
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Plaintiff-Counterclaim Defendant,
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> NETWORK APPLIANCE, INC., <br><br> Defendant-Counterclaim Plaintiff. | Case No. 3:07-CV-05488-EDL <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY CLAIM CONSTRUCTION SCHEDULE** |

Whereas the Court has continued the claim construction hearing in this case from October 31, 2008 to November 10, 2008, the parties hereby stipulate as follows:

■ The parties' opening claim construction briefs shall be continued from Friday, September 12, 2008 to Tuesday, September 16, 2008.

■ The parties' responsive claim construction briefs shall be continued from Friday, September 26, 2008 to Tuesday, September 30, 2008.

■ The parties' reply claim construction briefs shall be continued from Friday, October 10,

2008 to Tuesday, October 14, 2008.

■ The tutorial in this case shall be continued from Wednesday, October 15, 2008 to Monday, October 20, 2008.

Pursuant to the Court's request, the parties have met and conferred regarding the logistics of the claim construction hearing. The parties propose that the claim construction hearing take place on two days: the claim construction hearing for the terms identified for construction for the Sun patents would be held on November 10, 2008, and the claim construction hearing for the terms identified for construction for the NetApp patents would be held on November 24, 2008.

Dated: September 5, 2008

DLA PIPER US LLP

By: /s/ *Christine K. Corbett*
MARK D. FOWLER
CLAYTON THOMPSON
DAVID ALBERTI
CHRISTINE K. CORBETT
YAKOV M. ZOLOTOREV
CARRIE L. WILLIAMSON

Attorneys for
Sun Microsystems, Inc.

Dated: September 5, 2008

WEIL, GOTSHAL & MANGES LLP

By: /s/ *Jeffrey G. Homrig*
MATTHEW D. POWERS
EDWARD R. REINES
JEFFREY G. HOMRIG
JILL J. HO

Attorneys for
NetApp, Inc.

1 **[PROPOSED] ORDER**

Having considered the parties' stipulation, the joint request for relief is **GRANTED**. The parties' opening claim construction briefs are due September 16, 2008. The parties' opposition claim construction briefs are due September 30, 2008. The parties' reply claim construction briefs are due October 14, 2008. The tutorial will be held October 20, 2008. The claim construction hearing for the terms identified for construction for the Sun patents will be held on November 10, 2008, and the claim construction hearing for the terms identified for construction for the NetApp patents will be held on November 24, 2008

**IT IS SO ORDERED.**

Dated:  September ___, 2008

UNITED STATES MAGISTRATE JUDGE
ELIZABETH D. LAPORTE