

**DLA Piper US LLP**
2000 University Avenue
East Palo Alto, California  94303-2214
www.dlapiper.com

Christine K. Corbett
Christine.corbett@dlapiper.com
**T**  650.833.2141
**F**  650.833-2001

September 12, 2008

OUR FILE NO. 347155-29

*VIA E-FILE*

Magistrate Judge Elizabeth D. Laporte
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:    Sun Microsystems, Inc. v. Network Appliance, Inc., U.S.D.C., Case No. C-07-05488 EDL**

Dear Magistrate Judge Laporte:

Pursuant to Local Rule 7-11, Sun Microsystems, Inc. ("Sun") and NetApp, Inc. ("NetApp") hereby jointly move the Court for an Order permitting Sun and NetApp to each file a 30-page Opening Claim Construction Brief ("Opening Brief").

As the Court may recall, the Court previously granted both Sun's and NetApp's requests to file opening claim construction briefs no longer than 45 pages in the 6053 Action.  (Dkt. #84;86.) Now, the parties request only five additional pages to fully brief the issues.

Therefore, Sun and NetApp respectfully request that the Court allow Sun and NetApp to each file a 30-page Opening Brief.

Respectfully,

DLA PIPER LLP (US)

/s/ Christine K. Corbett

Christine K. Corbett
*christine.corbett@dlapiper.com*

WEST\21472617.1
347155-000029

WEIL GOTSHAL & MANGES LLP

/s/ Jeffrey G. Homrig

Jeffrey G. Homrig
*Jeffrey.homrig@weil.com*

WEST\21514665.1