1   MARK D. FOWLER (Bar No. 124235)
    mark.fowler@dlapiper.com
2   DAVID ALBERTI (Bar. No. 220625)
    david.alberti@dlapiper.com
3   CHRISTINE K. CORBETT  (Bar No. 209128)
    christine.corbett@dlapiper.com
4   YAKOV M. ZOLOTOREV (Bar No. 224260)
    yakov.zolotorev@dlapiper.com
5   CARRIE L. WILLIAMSON (Bar No. 230873)
    carrie.williamson@dlapiper.com
6
7   DLA PIPER LLP (US)
    2000 University Avenue
8   East Palo Alto, CA  94303-2215
    Tel:  650.833.2000
    Fax:  650.833.2001
9
10  Attorneys for Plaintiff and Counterdefendant
    Sun Microsystems, Inc.

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14

15  SUN MICROSYSTEMS, INC.,               CASE NO:  3:07-CV-05488 EDL

16        Plaintiff/Counterdefendant,     **[PROPOSED] ORDER GRANTING JOINT REQUEST FOR LEAVE TO EXCEED THE PAGE LIMIT FOR OPENING CLAIM CONSTRUCTION BRIEF**

17  v.

18  NETWORK APPLIANCE, INC.,              Judge:  Hon. Elizabeth D. Laporte

19        Defendant/Counterplaintiff.

20        Having considered Sun Microsystems, Inc.'s and NetApp, Inc.'s request for leave to

21  exceed the page limit set forth in Local Rule 7-4 and to file a 30-page Opening Claim

22  Construction Brief, it is hereby ordered that the parties may submit an Opening Claim

23  Construction Brief no longer than 30 pages.

24        **IT IS SO ORDERED.**

25  Dated:  September __, 2008.

26                                    _____
                                      HON. ELIZABETH D. LAPORTE
27                                    UNITED STATES MAGISTRATE JUDGE

28

DLA PIPER LLP (US)    WEST\21472646.1      [PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO EXCEED THE PAGE LIMIT FOR OPENING
                      347155-000029        CLAIM CONSTRUCTION BRIEF / CASE NO. 3:07-05488 EDL