1  MARK D. FOWLER (Bar No. 124235)
   mark.fowler@dlapiper.com
2  DAVID ALBERTI (Bar. No. 220625)
   david.alberti@dlapiper.com
3  CHRISTINE K. CORBETT  (Bar No. 209128)
   christine.corbett@dlapiper.com
4  YAKOV M. ZOLOTOREV (Bar No. 224260)
   yakov.zolotorev@dlapiper.com
5  CARRIE L. WILLIAMSON (Bar No. 230873)
   carrie.williamson@dlapiper.com
6
7  DLA PIPER LLP (US)
   2000 University Avenue
   East Palo Alto, CA  94303-2215
8  Tel:  650.833.2000
   Fax:  650.833.2001
9
   Attorneys for Plaintiff and Counterdefendant
10 Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> NETWORK APPLIANCE, INC., <br><br> Defendant/Counterplaintiff. | CASE NO:  3:07-CV-05488 EDL <br><br> **[PROPOSED] ORDER GRANTING JOINT REQUEST FOR LEAVE TO EXCEED THE PAGE LIMIT FOR OPENING CLAIM CONSTRUCTION BRIEF** <br><br> Judge:  Hon. Elizabeth D. Laporte |

Having considered Sun Microsystems, Inc.'s and NetApp, Inc.'s request for leave to exceed the page limit set forth in Local Rule 7-4 and to file a 30-page Opening Claim Construction Brief, it is hereby ordered that the parties may submit an Opening Claim Construction Brief no longer than 30 pages.

**IT IS SO ORDERED.**

Dated:  September __, 2008.

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*