MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff and Counterdefendant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> NETWORK APPLIANCE, INC., <br><br> Defendant/Counterplaintiff. | CASE NO. 3:07-CV-05488 EDL <br><br> **JOINT REPORT REGARDING CLAIM CONSTRUCTION HEARING LOGISTICS** AND ORDER THEREON |

Pursuant to the Court's August 12, 2008 Order Regarding Claim Construction, NetApp, Inc. and Sun Microsystems, Inc. jointly submit this report concerning logistics for the November 10, 2008 and November 24, 2008 Claim Construction Hearings.

<u>Term-by-Term Presentation</u>: The parties generally agree with the Court that both parties should present their arguments concerning a given term before moving on to a subsequent term, but may suggest after briefing is completed that some claim terms be presented together, if there is substantial overlap in the arguments in light of the briefing.

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21512038.1
347155-000029

-1-
JOINT REPORT RE: CLAIM CONSTRUCTION HEARING LOGISTICS
CASE NO. C-07-05488 EDL

    Experts: The parties agree with the Court that experts should be available for questions by the Court at the claim construction hearings.

    Length of Hearings: Pursuant to the Court's September 9, 2008 Order Regarding Stipulation Regarding Claim Construction Schedule, the Court indicated that the claim construction hearings on both November 10, 2008 and November 24, 2008 will start at 9:30 a.m. The parties request that the hearing on both days last until noon.

Dated: September 15, 2008

DLA PIPER LLP (US)

By   /s/ Christine K. Corbett
MARK D. FOWLER
DAVID ALBERTI
CHRISTINE K. CORBETT
YAKOV M. ZOLOTOREV
CARRIE L. WILLIAMSON

Attorneys for Sun Microsystems, Inc.

Dated: September 15, 2008

WEIL, GOTSHAL & MANGES LLP

  /s/ Jeffrey G. Homrig
MATTHEW D. POWERS
EDWARD R. REINES
JEFFREY G. HOMRIG
JILL J. HO

Attorneys for NetApp, Inc.

IT IS SO ORDERED

Judge Elizabeth D. Laporte

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21512038.1
347155-000029

-2-
JOINT REPORT RE: CLAIM CONSTRUCTION HEARING LOGISTICS
CASE NO. C-07-05488 EDL