1  MARK D. FOWLER (Bar No. 124235)
   mark.fowler@dlapiper.com
2  DAVID ALBERTI (Bar. No. 220625)
   david.alberti@dlapiper.com
3  CHRISTINE K. CORBETT  (Bar No. 209128)
   christine.corbett@dlapiper.com
4  YAKOV M. ZOLOTOREV (Bar No. 224260)
   yakov.zolotorev@dlapiper.com
5  CARRIE L. WILLIAMSON (Bar No. 230873)
   carrie.williamson@dlapiper.com
6
   DLA PIPER LLP (US)
7  2000 University Avenue
   East Palo Alto, CA  94303-2215
8  Tel:  650.833.2000
   Fax:  650.833.2001
9
   Attorneys for Plaintiff and Counterdefendant
10 Sun Microsystems, Inc.

11                 UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15  SUN MICROSYSTEMS, INC.,              CASE NO:  3:07-CV-05488 EDL

16          Plaintiff/Counterdefendant,  [PROPOSED] ORDER GRANTING JOINT
                                         REQUEST FOR LEAVE TO EXCEED THE
16  v.                                   PAGE LIMIT FOR RESPONSIVE CLAIM
17                                       CONSTRUCTION BRIEF
17  NETWORK APPLIANCE, INC.,
18                                       Judge:  Hon. Elizabeth D. Laporte
18          Defendant/Counterplaintiff.

19

20        Having considered Sun Microsystems, Inc.'s and NetApp, Inc.'s request for leave to

21  exceed the page limit set forth in Local Rule 7-4 and to file a 30-page Responsive Claim

22  Construction Brief, it is hereby ordered that the parties may each submit an Responsive Claim

23  Construction Brief no longer than 30 pages.

24        **IT IS SO ORDERED.**

25  Dated: September 29, 2008.

26                                       _____
                                         HON. ELIZABETH D. LAPORTE
27                                       UNITED STATES MAGISTRATE JUDGE

28

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte