1   MARK D. FOWLER (Bar No. 124235)
    mark.fowler@dlapiper.com
2   DAVID ALBERTI (Bar. No. 220625)
    david.alberti@dlapiper.com
3   CHRISTINE K. CORBETT  (Bar No. 209128)
    christine.corbett@dlapiper.com
4   YAKOV M. ZOLOTOREV (Bar No. 224260)
    yakov.zolotorev@dlapiper.com
5   CARRIE L. WILLIAMSON (Bar No. 230873)
    carrie.williamson@dlapiper.com
6
    DLA PIPER LLP (US)
7   2000 University Avenue
    East Palo Alto, CA  94303-2215
8   Tel:  650.833.2000
    Fax:  650.833.2001
9
    Attorneys for Plaintiff and Counterdefendant
10  Sun Microsystems, Inc.

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15  SUN MICROSYSTEMS, INC.,              CASE NO:  3:07-CV-05488 EDL

16          Plaintiff/Counterdefendant,   [PROPOSED] ORDER GRANTING SUN'S
                                          REQUEST FOR LEAVE TO EXCEED THE
16                                        PAGE LIMIT FOR REPLY CLAIM
    v.                                    CONSTRUCTION BRIEF
17

18  NETWORK APPLIANCE, INC.,             Judge:  Hon. Elizabeth D. Laporte

            Defendant/Counterplaintiff.
19

20          Having considered Sun Microsystems, Inc.'s request for leave to exceed the page limit set

21  forth in Local Rule 7-4 and to file a 20-page Reply Claim Construction Brief, it is hereby ordered

22  that Sun may submit a Reply Claim Construction Brief no longer than 20 pages.

23          **IT IS SO ORDERED.**

24  Dated:  October 9, 2008.

25
    HON. ELIZ_____JE
26  UNITED ST_____TE JUDGE
27

28
                                      -1-