MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff and Counterdefendant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC.,<br>Plaintiff/Counterdefendant,<br>v.<br>NETWORK APPLIANCE, INC.,<br>Defendant/Counterplaintiff. | CASE NO. 3:07-CV-05488 EDL<br>~~[PROPOSED]~~ **ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO PERMIT DELIVERY AND USE OF ELECTRONIC EQUIPMENT AT TUTORIAL AND MARKMAN HEARINGS**<br>Date: October 20, 2008, November 10, 2008 and November 24, 2008<br>Time: 9:30 a.m.<br>Courtroom: 15<br>Judge: Elizabeth D. Laporte |

Having read and considered the parties' Joint Motion For Administrative Relief for Leave to Permit Delivery And Use of Electronic Equipment at Tutorial and Markman Hearings ("Administrative Request") IT IS HEREBY ORDERED that the Motion is GRANTED.

The parties may deliver laptop computers, digital projectors, one projection screen, monitors, video switches and any required cables and connectors to the Courtroom on:

- October 17 at 4:00 p.m. or October 20 at 8:00 a.m. for the Tutorial;

-1-

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21574586.1
347155-000029

[PROPOSED] ORDER GRANTING JOINT MOT FOR ADMIN RELIEF TO PERMIT DELIVERY & USE OF ELECTRONIC EQUIP. / USDC CASE NO. C-07-05488 EDL

- November 7 at 4:00 p.m. or November 10 at 8:00 a.m. for the Markman Hearing;
- November 21 at 4:00 p.m. or November 24 at 8:00 a.m. for the Markman Hearing.

IT IS SO ORDERED.

Dated: October 15, 2008.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Elizabeth D. Laporte

UNITED STATES MAGISTRATE JUDGE
ELIZABETH D. LAPORTE

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21574586.1
347155-000029

-2-

[PROPOSED] ORDER GRANTING JOINT MOT FOR ADMIN RELIEF TO PERMIT DELIVERY & USE OF ELECTRONIC EQUIP. / USDC CASE NO. C-07-05488 EDL