MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
DAVID ALBERTI, Bar No. 220625
david.alberti@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV, Bar No. 224260
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Plaintiff-Counterclaim Defendant,
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., a Delaware corporation,<br><br>　　　　Plaintiff-Counterclaim Defendant,<br><br>　　　　v.<br><br>NETWORK APPLIANCE, INC.<br><br>　　　　Defendant-Counterclaim Plaintiff. | CASE NO.  C-07-05488 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE** |

Despite the parties' efforts to complete discovery in accordance with the existing schedule, the large breadth of issues to be addressed in the parties' litigation, and the substantial volume of discovery remaining to be completed, lead the parties to conclude that an extension of the fact discovery cutoff is necessary for the more orderly and efficient resolution of their disputes.  Consequently, the parties stipulate that the fact discovery deadline should be extended from December 17, 2008 to April 24, 2009 and request that the Court enter an order to that effect.

-1-
WEST\21589388.1
347155-000029
STIP &  [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE
USDC CASE NO. C-07-05488 EDL

SV1:\302696\01\6HK801!.DOC\65166.0004

Moreover, as reflected in the parties' August 7, 2008 Joint Report Regarding 14 Proposed Terms for Claim Construction (Docket No. 132), the Court ordered the parties to narrow the patents-in-suit to four NetApp patents and five Sun patents for claim construction. In light of this, the parties agree that this new fact discovery deadline (including all deadlines calculated therefrom) should not apply to non-selected patents, which are not proceeding through claim construction at this stage. Accordingly, the parties hereby stipulate to and jointly request that the Court simply vacate the December 17, 2008 deadline for fact discovery with respect to the following patents-in-suit: U.S. Patent Nos. 6,049,528 and 7,130,873.

Dated: November 14, 2008

DLA PIPER LLP (US)

 /s/ Christine K. Corbett
MARK D. FOWLER
DAVID ALBERTI
CHRISTINE K. CORBETT
YAKOV M. ZOLOTOREV
CARRIE L. WILLIAMSON

Attorneys for Plaintiff-Counterclaim Defendant, Sun Microsystems, Inc.

Dated: November 14, 2008

WEIL, GOTSHAL & MANGES LLP

 /s/ Jill J. Ho
Matthew D. Powers
Edward R. Reines
Jeffrey G. Homrig
Jill J. Ho

Attorneys for Defendant-Counterclaim Plaintiff, NetApp, Inc.

**[PROPOSED] ORDER**

Having considered the parties' stipulation, the joint request for relief is **GRANTED**. The December 17, 2008 deadline for fact discovery is hereby continued to April 24, 2009, and all deadlines calculated based on the close of fact discovery are modified accordingly. However, with respect to U.S. Patent Nos.: 6,049,528 and 7,130,873, the December 17, 2008 deadline for fact discovery (including all deadlines calculated therefrom) is simply vacated.

Dated: November 18, 2008



_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

-3-
WEST\21589388.1
347155-000029

STIP & [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE
USDC CASE NO. C-07-05488 EDL

DLA PIPER LLP (US)
EAST PALO ALTO

SV1:\302696\01\6HK801!.DOC\65166.0004           3