IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN MICROSYSTEMS, INC., | No. C-07-05488 EDL |
| Plaintiff, | No. C-07-6053 EDL |
| v. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| NETWORK APPLIANCE, INC., | |
| Defendant. | |

Following the May 15, 2009 case management conference in this case, it is hereby ordered that the briefing schedule for summary judgment motions proposed in the parties' joint case management statement is adopted. The Court already has set August 31, 2009, as the due date for reply summary judgment motions in the 6053 action. Opening summary judgment motions shall be filed by August 3, 2009, and responsive summary judgment motions shall be filed by August 17, 2009. With respect to the 5488 action, the Court already has set November 4, 2009, as the due date for reply summary judgment motions. Opening summary judgment motions shall be filed by October 7, 2009, and responsive summary judgment motions shall be filed by October 21, 2009.

With respect to the number of summary judgment motions, each side may file two summary judgment motions in each case. The parties shall meet and confer about the page limits of those motions. If either or both parties would like to file an additional summary judgment motion in either case, they may seek permission from the Court. In doing so, in addition to explaining the compelling reasons as to why the Court should entertain an additional motion, the parties should provide information as to the number of pages and number of issues in the motions.

///

The parties represented that they would further meet and confer regarding the discovery letters filed on May 14, 2009, and the Court orders them to do so.

IT IS SO ORDERED.

Dated: May 21, 2009

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge