1  MATTHEW D. POWERS (Bar No. 104795)
   E-Mail: matthew.powers@weil.com
2  EDWARD R. REINES (Bar No. 135960)
   E-Mail: edward.reines@weil.com
3  JEFFREY G. HOMRIG (Bar No. 215890)
   E-Mail: jeffrey.homrig@weil.com
4  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
5  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
6  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
7

8
   TARRA L. ZYNDA (admitted *pro hac vice*)
9  E-Mail: tarra.zynda@weil.com
   Houston Office
10 WEIL, GOTSHAL & MANGES LLP
   700 Louisiana Street, Suite 1600
11 Houston, TX 77002
   Telephone: (713) 546-5000
12 Facsimile: (713) 224-9511

13 Attorneys for Plaintiff-Counterclaim Defendant
   NETAPP, INC.,

14                  **UNITED STATES DISTRICT COURT**

15                 **NORTHERN DISTRICT OF CALIFORNIA**

16                    **SAN FRANCISCO DIVISION**

17

18 NETWORK APPLIANCE, INC.                Case No. 3:07-CV-06053-EDL
                                          Case No. 3:07-CV-05488-EDL
19     Plaintiff-Counterclaim Defendant,

20              v.                        Judge: Hon. Elizabeth D. Laporte

21 SUN MICROSYSTEMS, INC.                 Date: June 16, 2009
                                          Time: 9:00 am
22     Defendant-Counterclaim Plaintiff.

23

24
        **STIPULATION AND [PROPOSED] ORDERS FOR EXTENSIONS OF TIME**
25

26

27

28

STIPULATION AND [PROPOSED] ORDERS FOR
EXTENSIONS OF TIME FOR NETAPP, INC. AND JOYENT,        1        Case Nos. 3:07-CV-06053-EDL & 3:07-CV-05488-EDL.
INC.

1                             **STIPULATION**

2         WHEREAS, on April 6, 2009, NetApp served Joyent with two third party

3 subpoenas for documents and testimony about it's use and/or distribution of Sun's accused server

4 technology, inter alia, specifically the zettabyte file system (or "ZFS") under Rule 45 of the

5 Federal Rules of Civil Procedure.

6         WHEREAS, on April 24, 2009, Joyent filed a motion to quash the subpoena and

7 for sanctions against NetApp, and the Court set a hearing with respect to that motion on June 16,

8 2009.

9         WHEREAS, on May 26, 2009, the return date for NetApp's Opposition To

10 Joyent's Motion To Quash And For Sanctions, NetApp experienced technical difficulties based

11 on a recently-installed document management system, which caused it to delay its electronic

12 filing of its opposition until approximately 6:55 am today, May 27, 2009.

13         WHEREAS, NetApp and Joyent have conferred and agreed to stipulate to an

14 Extension Of Time For Filing NetApp, Inc.'s Opposition To Joyent's Motion To Quash NetApp's

15 Subpoena And For Sanctions.

16         WHEREAS, NetApp and Joyent have further stipulated, subject to the Court's

17 approval, to a one-day extension for Joyent's Reply NetApp, Inc.'s Opposition To Joyent's

18 Motion To Quash NetApp's Subpoena And For Sanctions. Pursuant to the stipulation, Joyent's

19 reply would be due on or before June 3, 2009.

20                                     Respectfully submitted,

21

22 Dated: May 27, 2009                 WEIL, GOTSHAL & MANGES LLP

23

24                                  By:       /s/ Jeffrey G. Homrig

25                                      Jeffrey G. Homrig
                                     Attorneys for Plaintiff-

26                                      Counterclaim Defendant,
                                       NETAPP, INC.

27

28

STIPULATION AND [PROPOSED] ORDERS FOR
EXTENSIONS OF TIME FOR NETAPP, INC. AND JOYENT,     2     Case Nos. 3:07-CV-06053-EDL & 3:07-CV-05488-EDL.
INC.

1    **ORDER**

2        IT IS HEREBY ORDERED that the time for NetApp, Inc.'s Opposition To

3    Joyent, Inc.'s Motion To Quash And For Sanctions be extended to May 27, 2009, nunc pro tunc.

4

5    PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7    Dated: _____55/28/09_____          _Elizabeth D. Laporte_____
                                          Honorable Elizabeth Laporte

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDERS FOR
EXTENSIONS OF TIME FOR NETAPP, INC. AND JOYENT,     3     Case Nos. 3:07-CV-06053-EDL & 3:07-CV-05488-EDL.
INC.

1

**<u>ORDER</u>**

2         IT IS HEREBY ORDERED that the time for Joyent Inc.'s Reply To NetApp,

3  Inc.'s Opposition To Joyent, Inc.'s Motion To Quash And For Sanctions be extended to June 3,

4  2009.

5

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8  Dated: _____5/28/09_____          _Elijah D. Laporte_____

                                                      Honorable Elizabeth Laporte
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDERS FOR
EXTENSIONS OF TIME FOR NETAPP, INC. AND JOYENT,       4       Case Nos. 3:07-CV-06053-EDL & 3:07-CV-05488-EDL.
INC.