1   Meryl Macklin (CA State Bar No. 115053)
    meryl.macklin@hro.com
2   HOLME ROBERTS & OWEN LLP
    560 Mission Street, 25th Floor
3   San Francisco, CA  94105-2994
    Telephone:   (415) 268-2000
4   Facsimile:    (415) 268-1999

5

6   Attorneys for Plaintiff
    Sun Microsystems, Inc.
7

8                           UNITED STATES DISTRICT COURT
                           NORTHERN DISTRICT OF CALIFORNIA
9                             SAN FRANCISCO DIVISION

10

11  SUN MICROSYSTEMS, INC.,                    CASE NO. 3:07-CV-05488-EDL
                          Plaintiff              C07-6053 EDL  and C08-1641 EDL
12                                             **STIPULATION AND [PROPOSED] ORDER
                                               EXTENDING DUE DATE FOR REPLY
13           v.                                BRIEF REGARDING SUN
                                               MICROSYSTEMS, INC.'S MOTION TO
14  NETWORK APPLIANCE, INC.,                   COMPEL PRODUCTION OF
                          Defendant            DOCUMENTS FROM NON-PARTY
15                                             SYMANTEC CORPORATION**

16

17                                             **Date: June 30, 2009
                                               Time: 9:00 a.m.
18                                             Courtroom: E, 15th Floor
                                               Hon. Elizabeth D. Laporte**
19

20          WHEREAS, on May 22, 2009, Sun Microsystems, Inc. ("Sun") filed a Motion to Compel

21  Production of Documents and Deposition of non-party Symantec Corporation ("Motion to

22  Compel");

23          WHEREAS, on June 9, 2009, Symantec Corporation ("Symantec") filed an Opposition to

24  Sun's Motion to Compel Production of Documents and Deposition ("Symantec's Opposition Brief");

25          WHEREAS, pursuant to the Northern District Local Rules, Sun's Reply to Symantec's

26  Opposition Brief shall be filed no later than June 16, 2009;

27                                             1

28  Stipulation and [Proposed] Order Extending Due Dates for Briefs and Hearing Date Regarding Sun Microsystems, Inc.'s
       Motion to Compel Production of Documents from Non-Party Symantec Corporation
                     Sun Microsystems, Inc. v. Network Appliance, Inc.
                           Case No. 3:07-cv-05488-EDL

#44827 v1 saf

1    WHEREAS, the hearing on Sun's Motion to Compel Production of Documents and

2  Deposition of Symantec is noticed for June 30, 2009;

3    WHEREAS, Sun has requested an extension of time to June 19, 2009 (i.e., 3 days) for Sun to

4  file its reply in support of it Motion to Compel Production of Documents and Deposition in order to

5  continue its review of the documents (approximately 44,000 pages) that have been recently produced

6  by Symantec and continue its evaluation of the need for its Motion to Compel and related hearing;

7    WHEREAS, Sun and Symantec through undersigned counsel are continuing to meet-and-

8  confer in good faith regarding the issues raised by the motion.

9    THEREFORE, IT IS HERE BY STIPULATED by Sun and Symantec as follows:

10    (1)    Sun's deadline to file its reply in support of it Motion to Compel Production of

11  Documents and Deposition is extended to June 19, 2009.

12

13  Dated: June 11, 2009                                  HOLME ROBERTS & OWEN LLP

14

15                                                    By:   s/ Meryl Macklin

16                                                          Meryl Macklin
                                                          Attorneys for Sun Microsystems, Inc.
17

18                                                    LATHAM AND WATKINS LLP

19                                                    By:   s/ Carisa Yee

20                                                          Carisa Yee
                                                          Attorneys for Non-Party, Symantec Corporation
21

22  **IT IS SO ORDERED.**

23   June 15, 2009

24                                                    ELIZABETH D. LAPORTE
                                                      United States Magistrate Judge
25

26

27                                              2

28  Stipulation and [Proposed] Order Extending Due Dates for Briefs and Hearing Date Regarding Sun Microsystems, Inc.'s
     Motion to Compel Production of Documents from Non-Party Symantec Corporation
     Sun Microsystems, Inc. v. Network Appliance, Inc.
     Case No. 3:07-cv-05488-EDL

#44827 v1 saf