MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
DAVID ALBERTI, Bar No. 220625
david.alberti@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV, Bar No. 224260
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff/Counterdefendant,
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> NETWORK APPLIANCE, INC., <br> Defendant/Counterplaintiff. | CASE NO. C-07-05488 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING DATES FOR HEARINGS ON MOTIONS FOR SUMMARY JUDGMENT** |

WHEREAS, during the August 19, 2009 hearing on Sun Microsystems, Inc.'s ("Sun") motion to modify the -5488 case schedule, the parties agreed that the hearings on the motions for summary judgment in the -5488 action would be scheduled for January 13, 2009 and January 27, 2009;

WHEREAS, on August 31, 2009, the Court issued an Order following the August 19, 2009 hearing and scheduled the hearings on the motions for summary judgment in the -5488 action for January 20, 2009 and January 27, 2009.

1  WHEREAS, lead trial counsel for Sun is unavailable during the week of January 18, 2009 due to an already scheduled arbitration;

THEREFORE, IT IS HEREBY STIPULATED by Sun and NetApp that the hearings on the motions for summary judgment in the -5488 action be scheduled for January 14, 2009 and January 27, 2009, subject to the Court's availability.

Dated: September 4, 2009

DLA PIPER LLP (US)

/s/ Christine K. Corbett
_____
MARK D. FOWLER
CHRISTINE K. CORBETT

Attorneys for Plaintiff,
Sun Microsystems, Inc.

Dated: September 4, 2009

WEIL, GOTSHAL & MANGES LLP

/s/ Jill J. Ho
_____
JILL J. HO

Attorneys for Defendant,
NetApp, Inc.

**IT IS SO ORDERED.**

Dated: September _8_, 2009

IT IS SO ORDERED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte