| | |
|---|---|
| 1 | MATTHEW D. POWERS (Bar No. 104795) |
| | matthew.powers@weil.com |
| 2 | EDWARD R. REINES (Bar No. 135960) |
| | edward.reines@weil.com |
| 3 | JEFFREY G. HOMRIG (Bar No. 215890) |
| | jeffrey.homrig@weil.com |
| 4 | JILL J. HO (Bar No. 236349) |
| | jill.ho@weil.com |
| 5 | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| 6 | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| 7 | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| 8 | |
| 9 | Attorneys for Defendant-Counterclaim Plaintiff NETAPP, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., | Case Nos. C-08-01641 EDL |
| | C-07-06053 EDL |
| Plaintiff-Counterclaim Defendant, | C-07-05488 EDL |
| v. | [PROPOSED] ORDER GRANTING NETAPP, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL EXHIBITS TO NETAPP'S BRIEF RESPONSIVE TO THE COURT'S ORDER REGARDING OCTOBER 7, 2009 JOINT LETTER BRIEFS |
| NETAPP, INC., | |
| Defendant-Counterclaim Plaintiff. | |
| | Judge Elizabeth D. Laporte |

As set forth in NetApp, Inc.'s Motion For Administrative Relieve To File Under Seal Exhibits to NetApp's Brief Responsive To The Court's Order Regarding October 7, 2009 Joint Letter Briefs, NetApp lodged with the Court the following documents:

1. The Unredacted Version of Exhibit 1 to the Declaration of Jeffery G. Homrig In Support Of NetApp's Brief Responsive To The Court's Order Regarding October 7, 2009 Joint Letter Briefs.

2. The Undredacted Version of Exhibit 2 to the Declaration of Jeffery G. Homrig In Support Of NetApp's Brief Responsive To The Court's Order Regarding October 7, 2009 Joint Letter Briefs.

Having considered NetApp's Administrative Motion to File Under Seal, and good cause appearing,

IT IS HEREBY ORDERED that the documents listed above are to be filed under seal.

Dated: November 3, 2009

_____
Honorable Elizabeth D. Laporte
U.S. Magistrate Judge