```
 1  MARK D. FOWLER (Bar No. 124235)
    mark.fowler@dlapiper.com
 2  DAVID ALBERTI (Bar. No. 220625)
    david.alberti@dlapiper.com
 3  CHRISTINE K. CORBETT (Bar No. 209128)
    christine.corbett@dlapiper.com
 4  YAKOV M. ZOLOTOREV (Bar No. 224260)
    yakov.zolotorev@dlapiper.com
 5  CARRIE L. WILLIAMSON (Bar No. 230873)
    carrie.williamson@dlapiper.com
 6
    DLA PIPER LLP (US)
 7  2000 University Avenue
    East Palo Alto, CA  94303-2215
 8  Tel:  650.833.2000
    Fax:  650.833.2001
 9
    Attorneys for Sun Microsystems, Inc.
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> SUN MICROSYSTEMS, Inc., <br><br> Defendant-Counterclaim Plaintiff. | CASE NO. 3:07-CV-06053 EDL <br> 3:07-CV-05488 EDL <br> 3:08-CV-01641 EDL <br><br> [PROPOSED] ORDER GRANTING SUN MICROSYSTEMS, INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF JOINT STATEMENT REGARDING NETAPP'S OBJECTIONS THAT AROSE DURING THE DEPOSITION OF GARY ROSS <br><br> Hon. Elizabeth D. Laporte |

After consideration of Sun Microsystems, Inc.'s ("Sun") Administrative Request Pursuant to Civil L.R. 7-11 and 79-5(d) to File Under Seal Portions of Joint Statement Regarding NetApp's Objections that Arose During the Deposition of Gary Ross ("Joint Statement") and Exhibits B-D thereto, it is HEREBY ORDERED that Sun's Administrative Request is GRANTED.

///

1      IT IS HEREBY ORDERED that portions of the Joint Statement and Exhibits B-D thereto
2  shall be filed under seal.

3  *Elizabeth D. Laporte* (signature)

4  Dated: \_\_November 3\_\_, 2009

        Honorable Elizabeth D. Laporte
        UNITED STATES MAGISTRATE COURT JUDGE