MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
DAVID ALBERTI, Bar No. 220625
david.alberti@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV, Bar No. 224260
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff/Counterdefendant,
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> NETWORK APPLIANCE, INC., <br> Defendant/Counterplaintiff. | CASE NO. C-07-05488 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING DATES FOR BRIEFING SCHEDULE AND HEARINGS ON MOTIONS FOR SUMMARY JUDGMENT** |

WHEREAS, pursuant to the Court's Order Granting In Part And Denying In Part Motions to Amend Invalidity And Infringement Contentions; Granting In Part Motion to Compel; And Modifying Case Schedule (Dkt. # 503), the Court ordered that: "The parties shall file their opening summary judgment briefs by November 23, 2009. Responsive briefs are due December 7, 2009, and reply briefs are due December 21, 2009. The Court will hold a hearing on Sun's patents on January 20, 2010 at 2:00 pm and on NetApp's patents on January 27, 2010 at 2:00 pm;"

-1-
STIP & [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING ON MOT.
FOR SUMM. JUDGMENT; USDC CASE NO. C-07-05488 EDL

WEST\21831487.1
347155-000029

WHEREAS, on September 8, 2009, as a result of Sun's lead trial counsel's unavailability during the week of January 18, 2010, the parties stipulated and the Court approved a request to move the January 20, 2010 hearing to January 14, 2010;

WHEREAS, as a result of scheduling expert witness depositions and to accommodate the upcoming holidays (and because Sun's lead trial counsel is now available during the week of January 18, 2010), the existing briefing and hearing schedule for the motions for summary judgment are no longer practicable;

THEREFORE, IT IS HEREBY STIPULATED by Sun and NetApp that:

(1) The parties shall file their opening summary judgment briefs on December 2, 2009;

(2) The parties shall file their responsive summary judgment briefs on December 16, 2009;

(3) The parties shall file their reply summary judgment briefs on January 6, 2010;

(4) The Court will hold a hearing on Sun's patents on January 20, 2010 at 2:00 pm and on NetApp's patents on January 27, 2010 at 2:00 pm.

Dated: November 13, 2009

DLA PIPER LLP (US)

/s/ Christine K. Corbett
CHRISTINE K. CORBETT

Attorneys for Plaintiff,
Sun Microsystems, Inc.

Dated: November 13, 2009

WEIL, GOTSHAL & MANGES

/s/ Patricia Young
Patricia Young

Attorneys for Defendant,
NetApp, Inc.

1  **IT IS SO ORDERED.**

Dated: November 16, 2009

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE
United States Magistrate Judge

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21831487.1
347155-000029

-3-
STIP & [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING ON MOT.
FOR SUMM. JUDGMENT; USDC CASE NO. C-07-05488 EDL