1 | MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
2 | EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
3 | JEFFREY G. HOMRIG (Bar No. 215890)
jeffrey.homrig@weil.com
4 | JILL J. HO (Bar No. 236349)
jill.ho@weil.com
5 | WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
6 | 201 Redwood Shores Parkway
Redwood Shores, CA 94065
7 | Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff-Counterclaim Defendant
NETAPP, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., | Case No. 3:07-CV-05488-EDL |
| Plaintiff-Counterclaim Defendant, | |
| v. | [PROPOSED] ORDER GRANTING WITHDRAWAL OF AARON M. NATHAN AS COUNSEL FOR NETAPP, INC. |
| NETWORK APPLIANCE, INC., | |
| Defendant-Counterclaim Plaintiff. | |

[PROPOSED] ORDER GRANTING WITHDRAWAL OF
AARON M. NATHAN AS COUNSEL FOR
NETAPP, INC.

CASE NO. 3:07-CV-05488 EDL

1  IT IS HEREBY ORDERED that the request for withdrawal of Aaron M. Nathan as
2  counsel of record for NetApp, Inc. in the above-entitled action is GRANTED.
3
4  IT IS SO ORDERED.
5
6  Dated:  11/24/09
7                                                           _____
8                                                           Hon. Elizabeth D. Laporte
9                                                           United States Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING WITHDRAWAL OF
AARON M. NATHAN AS COUNSEL FOR                              CASE NO. 3:07-CV-05488 EDL
NETAPP, INC.                                1