| | |
|---|---|
| 1 | MATTHEW D. POWERS (Bar No. 104795) |
| | matthew.powers@weil.com |
| 2 | EDWARD R. REINES (Bar No. 135960) |
| | edward.reines@weil.com |
| 3 | JEFFREY G. HOMRIG (Bar No. 215890) |
| | jeffrey.homrig@weil.com |
| 4 | JILL J. HO (Bar No. 236349) |
| | jill.ho@weil.com |
| 5 | BYRON BEEBE (Bar No. 235179) |
| | byron.beebe@weil.com |
| 6 | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| 7 | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| 8 | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| 9 | |
| 10 | Attorneys for Plaintiff-Counterclaim Defendant NETAPP, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., | Case No. 3:07-CV-05488-EDL |
| Plaintiff-Counterclaim Defendant, | [PROPOSED] ORDER GRANTING NETAPP'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET #296-3 |
| v. | |
| NETWORK APPLIANCE, INC., | |
| Defendant-Counterclaim Plaintiff. | |

As set forth in NetApp's Motion to Remove Incorrectly Filed Documents: Docket Number 296-3, and the declaration of Byron Beebe in support thereof, NetApp inadvertently filed the full version of document entered as Docket No. 296-3 (Exhibit 34) in Case No. 3:07-cv-05488.

Having considered NetApp's Motion To Remove Incorrectly Filed Documents: Docket Number 296-3, and for good cause appearing therein,

IT IS HEREBY ORDERED that the entry for Docket No. 296-3 in Case No. 03:07-cv- 05488 is to be removed from the public record. NetApp may re-submit this document in its appropriate form.

IT IS SO ORDERED.

Dated: December 18, 2009

*Elizabeth D. Laporte*
Honorable Elizabeth D. Laporte
U.S. Magistrate Judge