MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
DAVID ALBERTI, Bar No. 220625
david.alberti@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV, Bar No. 224260
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Plaintiff/Counterdefendant,
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> NETWORK APPLIANCE, INC., <br> Defendant/Counterplaintiff. | CASE NO.  C-07-05488 EDL <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE DECLARATIONS IN SUPPORT OF ADMINISTRATIVE REQUESTS TO SEAL DOCUMENTS RELATING TO SUN MICROSYSTEMS, INC.'S AND NETAPP, INC.'S MOTIONS FOR SUMMARY JUDGMENT** |

WHEREAS, Sun Microsystems, Inc. ("Sun") and NetApp, Inc. ("NetApp") have filed motions for summary judgments pertaining to U.S. Patent Nos. 7,107,385, 6,868,417, 5,632,012, and 5,124,987;

WHEREAS, both Sun and NetApp have filed administrative requests to seal documents relating to their oppositions to motions for summary judgment;

WEST\21850378.1

-1-
STIP &  [PROPOSED] ORDER EXTEND. DEADLINE TO FILE DECL. ISO ADMIN. REQ. TO SEAL DOCS REL. TO OPP'NS TO MOT. FOR SUMM. JUDG.; USDC CASE NO. C-07-05488 EDL

DLA PIPER LLP (US)
EAST PALO ALTO

WHEREAS, both Sun and NetApp may file administrative requests to seal in connection with their reply briefs;

WHEREAS, pursuant to Civil L. R. 79-5(d), within seven days of the filing of the administrative request to seal, Sun is to file a declaration establishing that certain Sun information filed by NetApp is sealable, and NetApp is to file a declaration establishing that certain NetApp information filed by Sun is sealable;

WHEREAS, Sun and NetApp employees who will submit declarations in support of the administrative requests to seal are unavailable due to the upcoming holidays;

THEREFORE, IT IS HEREBY STIPULATED by Sun and NetApp that:

The parties shall file any declarations in support of administrative requests to seal in connection with their oppositions to motions for summary judgment and reply briefs by Friday, January 15, 2010.

Dated:  December 21, 2009

DLA PIPER LLP (US)

*/s/ Christine K. Corbett*
CHRISTINE K. CORBETT

Attorneys for Plaintiff,
Sun Microsystems, Inc.

Dated: December 21, 2009

WEIL, GOTSHAL & MANGES LLP

*/s/ Jill J. Ho*
Jill J. Ho

Attorneys for Defendant,
NetApp, Inc.

**IT IS SO ORDERED.**

Dated:  December 23, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

WEST\21850378.1    STIP & [PROPOSED] ORDER GRANTING DECL. ISO ADMIN.
REQ. TO SEAL DOCS. ISO OPPS. & REPLIES TO MOTS. FOR SUMM. JUDG.;
CASE NO. C 07-05488 EDL

DLA PIPER LLP (US)
EAST PALO ALTO