MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
CLAYTON THOMPSON (Admitted Pro Hac Vice)
clayton.thompson@dlapiper.com
DAVID ALBERTI, Bar No. 220625
david.alberti@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV, Bar No. 224260
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff/Counterdefendant,
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC.,<br><br>  Plaintiff/Counterdefendant,<br><br>  v.<br><br>NETWORK APPLIANCE, INC.,<br>  Defendant/Counterplaintiff. | CASE NO. C-07-05488 EDL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING HEARING DATE ON SUN MICROSYSTEMS, INC.'S MOTION TO STRIKE SUPPLEMENTAL EXPERT REPORT OF GREGORY GANGER REGARDING INFRINGEMENT OF U.S. PATENT NOS. 6,868,417 AND 7.107,385**<br> AS MODIFIED |

WHEREAS, Sun Microsystems, Inc. ("Sun") is filing a motion to strike the December 16, 2009 Supplemental Expert Report of Gregory Ganger Regarding Infringement of U.S. Patent Nos. 6,868,417 and 7,107,385 ("Sun's Motion to Strike the Supplemental Ganger Report");

WHEREAS, under the regular motion schedule, Sun's Motion to Strike the Supplemental Ganger Report would be heard on January 26, 2010;

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21850484.1

-1-
STIP & [PROPOSED] ORDER SETTING HEARING DATE ON SUN'S MOT. TO STRIKE SUPP. GANGER REPORT; USDC CASE NO. C-07-05488 EDL

WHEREAS, the Court will hear oral arguments regarding Sun's Motions for Summary Judgment of Non-Infringement of U.S. Patent No. 6,868,417 and Invalidity of U.S. Patent No. 7,107,385 on January 27, 2010 at 2:00 p.m.;

WHEREAS, it would be more convenient for the Court and the parties to schedule Sun's Motion to Strike the Supplemental Ganger Report on January 27, 2010 rather than January 26, 2010;

THEREFORE, IT IS HEREBY STIPULATED by Sun and NetApp that:

Sun's Motion to Strike the Supplemental Ganger Report will be heard on Wednesday, January 27, 2010 at 2:00 p.m. The briefing schedule will remain as before.

Dated: December 22, 2009

DLA PIPER LLP (US)

    /s/ *Christine K. Corbett*
CHRISTINE K. CORBETT

Attorneys for Plaintiff,
Sun Microsystems, Inc.

Dated: December 22, 2009

WEIL, GOTSHAL & MANGES LLP

    /s/ *Jill J. Ho*
Jill J. Ho

Attorneys for Defendant,
NetApp, Inc.

**IT IS SO ORDERED.**

Dated: December 23, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21850484.1

-2-
STIP & [PROPOSED] ORDER SETTING HEARING DATE ON SUN'S MOT. TO STRIKE SUPP. GANGER REPORT; USDC CASE NO. C-07-05488 EDL