MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff and Counterdefendant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC.,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>NETWORK APPLIANCE, INC.,<br><br>Defendant/Counterplaintiff. | CASE NO. 3:07-CV-05488 EDL<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO PERMIT DELIVERY AND USE OF ELECTRONIC EQUIPMENT AT MOTIONS FOR SUMMARY JUDGMENT HEARINGS<br><br>Date: January 20, 2010 and January 27, 2010<br>Time: 2:00 p.m.<br>Courtroom: 15<br>Judge: Elizabeth D. Laporte |

Having read and considered the parties' Joint Motion For Administrative Relief for Leave to Permit Delivery And Use of Electronic Equipment at Motions for Summary Judgment Hearings ("Administrative Request") IT IS HEREBY ORDERED that the Motion is GRANTED.

The parties may deliver laptop computers, digital projectors, one projection screen, monitors, video switches and any required cables and connectors to the Courtroom on:

- January 20, 2010 at 8:00 a.m.;

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21861346.1
347155-000029

-1-
[PROPOSED] ORDER GRANTING JOINT MOT FOR ADMIN RELIEF TO PERMIT DELIVERY
& USE OF ELECTRONIC EQUIP. / USDC CASE NO. C-07-05488 EDL

1      •   January 27, 2010 at 8:00 a.m.

2   IT IS SO ORDERED.

4
5   Dated: January 15, 2010.

                                    *Elizabeth D. Laporte*
                                    UNITED STATES MAGISTRATE JUDGE
                                    ELIZABETH D. LAPORTE

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21861346.1
347155-000029

-2-
[PROPOSED] ORDER GRANTING JOINT MOT FOR ADMIN RELIEF TO PERMIT DELIVERY
& USE OF ELECTRONIC EQUIP. / USDC CASE NO. C-07-05488 EDL