UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**  Date: January 20, 2010
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**   C-07-5488 EDL

**Title:**   Sun Microsystems, Inc. v Network Appliance, Inc.

**Attorneys:**   Plaintiff:   Mark Fowler, Clayton Thompson, Christine Corbett, Yakov Zolotorev
Defendant:   Ed Reines, Jeff Homrig, Jill Ho, Derek Walter

**Deputy Clerk:**   Lili M. Harrell            **Court Reporter:** Joan Columbini
(Time: 2 hours 50 min)

**PROCEEDINGS:**                            **RULINGS:**

Cross-motions for Summary Judgment on Sun's Patents            Hearing continued

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [ ]  Court

**Case Continued to:** January 27, 2010 at 2:00pm for continued hearing.

Notes:

cc: