UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**ELIZABETH D. LAPORTE**  Date: **January 27, 2010**
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**   C-07-5488 EDL

**Title:**   Sun Microsystems, Inc. v Network Appliance, Inc.

**Attorneys:**   Plaintiff:   Mark Fowler, Clayton Thompson, Christine Corbett, Dave Alberti
Defendant:   Ed Reines, Jeff Homrig, Derek Walter, Byron C. Beebe

**Deputy Clerk:**   Lili M. Harrell   **Court Reporter:** Lydia Zinn
(Time: 2 hours 50 min)

**PROCEEDINGS:**                                                                 **RULINGS:**

Cross-motions for Summary Judgment re Sun Patents/NetApp        Hearing held
patents

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [ ]  Court

**Case Continued to:**

Notes:

cc: