1  MARK D. FOWLER (Bar No. 124235)
   mark.fowler@dlapiper.com
2  DAVID ALBERTI (Bar. No. 220625)
   david.alberti@dlapiper.com
3  CHRISTINE K. CORBETT (Bar No. 209128)
   christine.corbett@dlapiper.com
4  YAKOV M. ZOLOTOREV (Bar No. 224260)
   yakov.zolotorev@dlapiper.com
5  CARRIE L. WILLIAMSON (Bar No. 230873)
   carrie.williamson@dlapiper.com
6
7  DLA PIPER LLP (US)
   2000 University Avenue
   East Palo Alto, CA 94303-2215
8  Tel: 650.833.2000
   Fax: 650.833.2001
9
   Attorneys for Plaintiff and Counterdefendant
10 Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> NETWORK APPLIANCE, INC., <br><br> Defendant/Counterplaintiff. | CASE NO. 3:07-CV-05488 EDL <br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO PERMIT DELIVERY AND USE OF ELECTRONIC EQUIPMENT AT MOTIONS FOR SUMMARY JUDGMENT HEARING** <br><br> Date: February 25, 2010 <br> Time: 2:00 p.m. <br> Courtroom: 15 <br> Judge: Elizabeth D. Laporte |

Having read and considered the parties' Joint Motion For Administrative Relief for Leave to Permit Delivery And Use of Electronic Equipment at Motions for Summary Judgment Hearing ("Administrative Request") IT IS HEREBY ORDERED that the Motion is GRANTED.

The parties may deliver laptop computers, digital projectors, one projection screen, monitors, video switches and any required cables and connectors to the Courtroom on February 25, 2010 at 8:00 a.m.

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21861346.1
347155-000029

-1-
[PROPOSED] ORDER GRANTING JOINT MOT FOR ADMIN RELIEF TO PERMIT DELIVERY
& USE OF ELECTRONIC EQUIP. / USDC CASE NO. C-07-05488 EDL

1  IT IS SO ORDERED.

2

3
   Dated: February 5, 2010.
4
                                                     UNITED STATES MAGISTRATE JUDGE
5                                                    ELIZABETH D. LAPORTE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21861346.1
347155-000029

-2-
[PROPOSED] ORDER GRANTING JOINT MOT FOR ADMIN RELIEF TO PERMIT DELIVERY
& USE OF ELECTRONIC EQUIP. / USDC CASE NO. C-07-05488 EDL