**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL TRIAL MINUTES**

Date: February 25, 2010

Case No.   C 07-5488 EDL          Judge: ELIZABETH D.LAPORTE

Title: SUN MICROSYSTEMS, INC. -v- NETWORK APPLIANCE, I NC.

Attorneys:  Plf: Mark Fowler, Clayton Thompson, Christine Corbett
           Dft: Edward Reines, Jeffrey Homrig, Azra Hadzimehmedovic

Deputy Clerk:  T. De Martini           Court Reporter: Lydia Zinn
                                       Time:  1 hour 50 minutes

**PROCEEDINGS**

Continued Summary Judgment Hearing re Network Appliance's Patents   -  Hearing Held


Matter Submitted


cc: lili