MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeffrey.homrig@weil.com
JILL J. HO (Bar No. 236349)
jill.ho@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff-Counterclaim Defendant
NETAPP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.<br><br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.<br><br>Defendant-Counterclaim Plaintiff. | Case Nos. 3:07-CV-05488-EDL<br>3:07-CV-06053-EDL<br>3:08-CV-01641-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING CASES UNTIL JUNE 4, 2010** |

NetApp, Inc. and Sun Microsystems, Inc. hereby stipulate, subject to the Court's approval, to a stay of all three of the currently pending actions between the parties (3:07-CV-05488-EDL, 3:07-CV-06053-EDL, and 3:08-CV-01641-EDL) until June 4, 2010 to permit the parties to explore the possibility of an extra-judicial resolution of their disputes.  All currently scheduled hearings and deadlines are vacated, subject to Court approval.  The parties agree that neither side will use this stay to later argue lack of diligence on the part of the other party.

By June 9, 2010, the parties shall jointly report to the Court on the status of their discussions, the litigation, and next steps.  The parties request that the Court now schedule an

omnibus case management conference in all three cases on Tuesday, June 15, 2010 at 10 a.m., or on the next date consistent with the Court's schedule.

Dated: April 6, 2010

                        DLA PIPER US LLP

                        By: */s/ Mark D. Fowler*
                            MARK D. FOWLER
                            CLAYTON THOMPSON
                            DAVID ALBERTI
                            CHRISTINE K. CORBETT
                            YAKOV M. ZOLOTOREV
                            CARRIE L. WILLIAMSON

                            Attorneys for
                            Sun Microsystems, Inc.

Dated: April 6, 2010

                        WEIL, GOTSHAL & MANGES LLP

                        By: */s/ Edward R. Reines*
                            MATTHEW D. POWERS
                            EDWARD R. REINES
                            JEFFREY G. HOMRIG
                            JILL J. HO

                            Attorneys for
                            NetApp, Inc.

# [PROPOSED] ORDER

To permit the parties to explore the possibility of an extra-judicial resolution of their disputes, the parties' joint request for a stay is **GRANTED**. All proceedings in Civil Action Nos. 3:07-CV-05488-EDL, 3:07-CV-06053-EDL, and 3:08-CV-01641-EDL are hereby stayed until June 4, 2010. All currently scheduled hearing dates and deadlines in these actions are hereby vacated. Neither party may rely upon this stay to later argue lack of diligence on the part of the other party.

By June 9, 2010, the parties shall jointly report to the Court on the status of their discussions, the litigation, and next steps. An omnibus case management conference in all three cases shall be held on Tuesday, June 15, 2010 at 10 a.m.

**IT IS SO ORDERED.**

Dated: April _6_, 2010

_____
UNITED STATES MAGISTRATE JUDGE
ELIZABETH D. LAPORTE