IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUN MICROSYSTEMS, INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>NETWORK APPLIANCE, INC., <br><br>　　　　Defendant. | No. C-07-05488 EDL <br><br>**ORDER GRANTING IN PART AND DENYING IN PART NETAPP'S MOTION FOR ADMINISTRATIVE REQUEST TO FILE UNDER SEAL NETAPP'S OPPOSITION TO SUN'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 7,107,385 AND EXHIBITS THERETO** |

In connection with NetApp's Opposition to Sun's Motion for Summary Judgment of Invalidity of U.S. Patent No. 7,107,385 and declaration in support thereof, NetApp filed an administrative motion to file under seal the unredacted version of its brief, as well as certain exhibits to the Hadzimehmedovic Declaration in Support, on the basis that Sun had previously designated certain information contained in these documents "Attorney's Eyes Only." See Dkt. No. 284. On April 2, 2010, the parties filed a joint response establishing compelling reasons for filing Exhibits I, J, and K to the Hadzimehmedovic Declaration, as well as Page 8:12-14 of the Opposition brief, under seal. All other documents and portions of the Opposition brief filed in connection with NetApp's Opposition shall be made part of the public record. This Order terminates Docket Number 284.

**IT IS SO ORDERED.**

Dated: April 27, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge