**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUN MICROSYSTEMS, INC.,

        Plaintiff,

  v.

NETWORK APPLIANCE, INC.,

        Defendant.

_____/

No. C-07-05488  EDL

**ORDER DENYING NETAPP'S MOTION FOR ADMINISTRATIVE REQUEST TO FILE UNDER SEAL NETAPP'S REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,632,012 AND EXHIBIT THERETO**

     In connection with NetApp's Reply in Support of its Motion for Summary Judgment of Non-Infringement of U.S. Patent No.5,632,012 and declaration in support thereof, NetApp filed an administrative motion to file under seal the unredacted version of its Reply brief, as well as Exhibit 2 of the Walter Declaration in Support, on the basis that Sun had previously designated certain information contained in these documents "Attorney's Eyes Only."  See Dkt. No. 318.  On March 31, 2010, Sun filed a response stating that these documents to not need to be filed under seal. Accordingly, NetApp's Motion (Docket # 318) is DENIED and the unredacted Reply and Exhibit 2 will be made part of the public record.

     **IT IS SO ORDERED.**

Dated: April 27, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge