1

2

3

4

5     IN THE UNITED STATES DISTRICT COURT

6    FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 SUN MICROSYSTEMS, INC.,     No. C-07-05488  EDL

9     Plaintiff,

**AMENDED ORDER GRANTING**
**SUMMARY JUDGMENT OF NON-**
10  v.          **INFRINGEMENT OF U.S. PATENT NO.**
**5,632,012**
11 NETWORK APPLIANCE, INC.,

12     Defendant.
             /
13

14    The Court's Order Granting Summary Judgment of Non-Infringement of U.S. Patent No.

15 5,632,012 (Dkt. # 348) is hereby amended as follows:

16    The sentence beginning on the fourth line of the first page of the Order shall read:  "Sun

17 seeks a declaratory judgment that certain patents owned by **NetApp** are each not infringed, are

18 invalid and/or are unenforceable, as well as a permanent injunction and damages."  The Order shall

19 remain unchanged in all other respects.

20

21    **IT IS SO ORDERED.**

22

23 Dated: May 24, 2010

24          _Elizabeth D. Laporte_
           ELIZABETH D. LAPORTE
25           United States Magistrate Judge

26

27

28

**United States District Court**
For the Northern District of California