MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
CLAYTON THOMPSON (Pro Hac Vice)
clayton.thompson@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC. <br><br> Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> SUN MICROSYSTEMS, INC. <br><br> Defendant-Counterclaim Plaintiff. | Case Nos. 3:07-CV-05488-EDL <br> 3:07-CV-06053-EDL <br> 3:08-CV-01641-EDL <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING STAY OF CASES UNTIL AUGUST 4, 2010** |

On April 6, 2010, NetApp, Inc. and Sun Microsystems, Inc. stipulated to, and the Court ordered, a stay of all three of the currently pending actions between the parties (3:07-CV-05488-EDL, 3:07-CV-06053-EDL, and 3:08-CV-01641-EDL) until June 4, 2010. (-6053 action, Dkt. # 683; -5488 action, Dkt.# 362; -1641 action, Dkt. # 169). The parties hereby further stipulate, subject to the Court's approval, to further extend the stay of all three actions until August 4, 2010, to permit the parties to continue to explore the possibility of an extra-judicial resolution of their disputes. The June 15 case management conference is vacated, subject to Court approval.

STIPULATION AND [PROPOSED] ORDER STAYING
CASES UNTIL AUGUST 4, 2010
1
CASE NOS. 3:07-CV-5488 EDL
3:07-CV-6053 EDL
3:08-CV-1641 EDL
WEST\21979518.1

The parties agree that neither side will use this stay to later argue lack of diligence on the part of the other party.

By August 5, 2010, the parties shall jointly report to the Court on the status of their discussions, the litigation, and next steps. The parties request that the Court now schedule an omnibus case management conference in all three cases on Tuesday, August 10, 2010 at 10 a.m., or on the next date consistent with the Court's schedule.

Dated: June 4, 2010

        DLA PIPER LLP (US)

        By: */s/ Mark D. Fowler*
            MARK D. FOWLER
            CLAYTON THOMPSON
            DAVID ALBERTI
            CHRISTINE K. CORBETT
            YAKOV M. ZOLOTOREV
            CARRIE L. WILLIAMSON

        Attorneys for
        Sun Microsystems, Inc.

Dated: June 4, 2010

        WEIL, GOTSHAL & MANGES LLP

        By: */s/ Edward R. Reines*
            MATTHEW D. POWERS
            EDWARD R. REINES
            JEFFREY G. HOMRIG
            JILL J. HO

        Attorneys for
        NetApp, Inc.

1  **[PROPOSED] ORDER**

2  To continue to permit the parties to explore the possibility of an extra-judicial resolution

3  of their disputes, the parties' joint request to extend the stay is **GRANTED**. All proceedings in

4  Civil Action Nos. 3:07-CV-05488-EDL, 3:07-CV-06053-EDL, and 3:08-CV-01641-EDL are

5  hereby stayed until August 4, 2010. All currently scheduled deadlines, including the June 15 case

6  management conference, are vacated. Neither party may rely upon this stay to later argue lack of

7  diligence on the part of the other party.

8  By August 5, 2010, the parties shall jointly report to the Court on the status of their

9  discussions, the litigation, and next steps. An omnibus case management conference in all three

10  cases shall be held on Tuesday, August 10, 2010 at ~~10 a.m~~ 3:00 p.m.

11  **IT IS SO ORDERED.**

12  Dated: June  4 , 2010

13  _____
   UNITED STATES MAGISTRATE JUDGE
14  ELIZABETH D. LAPORTE