MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
CLAYTON THOMPSON (Pro Hac Vice)
clayton.thompson@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff and Counterdefendant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS, INC.<br><br>Plaintiff-Counterdefendant,<br><br>v.<br><br>NETWORK APPLIANCE, INC.<br><br>Defendant-Counterclaimant. | Case Nos. 3:07-CV-05488-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER RE WITHDRAWAL OF PENDING MOTIONS** |

In connection with the parties' July 30, 2010, request for an extension of the current stay in this matter, Sun Microsystems, Inc. and NetApp, Inc. hereby stipulate to Sun's withdrawal without prejudice of Sun's pending motion for summary judgment (Dkt. # 257) and motion to seal (Dkt. # 256), and further stipulate that said motions may be re-noticed for decision by the Court following the end of the stay without the need for further briefing or a hearing on the motions. It is the intent of the parties and the Court that this stipulation be interpreted in such a way as to preserve the status quo vis-a-vis the parties and this litigation should the case resume

following the expiration of this stay.

Dated: August 4, 2010

DLA PIPER LLP (US)

By: /s/ *Mark D. Fowler*
    MARK D. FOWLER
    CLAYTON THOMPSON
    DAVID ALBERTI
    CHRISTINE K. CORBETT
    YAKOV M. ZOLOTOREV
    CARRIE L. WILLIAMSON

Attorneys for
Sun Microsystems, Inc.

Dated: August 4, 2010

WEIL, GOTSHAL & MANGES LLP

By: /s/ *Edward R. Reines*
    MATTHEW D. POWERS
    EDWARD R. REINES
    JEFFREY G. HOMRIG
    JILL J. HO

Attorneys for
NetApp, Inc.

# ~~[PROPOSED]~~ ORDER

Sun's pending motion for summary judgment (Dkt. # 257) and motion to seal (Dkt. # 256) are hereby deemed withdrawn without prejudice. Sun may re-notice the motions for decision by the Court following the conclusion of the stay without the need for further briefing or a hearing on the motions.

**IT IS SO ORDERED.**

Dated: August 5, 2010

*Elizabeth D. Laporte*
UNITED STATES MAGISTRATE JUDGE
ELIZABETH D. LAPORTE